# UNITED STATES DISTRICT COURT

*For*
*The District of Rhode Island*

WAYMAN TURNER

(Enter the full name(s) of the Plaintiff(s) in this action)

vs.

A.T. WALL II
DAVID McCAULEY
JEFF ACETO
John Doe Defendants

(Enter the full name(s) of the Defendant(s) in this action)

CA 06 505S

Civil Action No. __________

PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes: ________ No: X

B. If your answer to "A" is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiffs: ____________________

Defendants: ____________________

2. Court where action was filed(if federal, give the district; or if state, give the county):

______________________________

3. Please give docket number(s): ______________

4. Name of Judge to whom case was assigned: ______________

______________________________

5. Disposition of case(for example, was the case dismissed or appeal, or is it still pending)

______________________________

6. Approximate date of filing lawsuit: ______________

7. Approximate date of disposition: ______________

II. PLACE OF PRESENT CONFINEMENT

A. Did you present the facts relating to this complaint to the Warden or any of the prison officials?

______________________________

B. If your answer was Yes:

1. What steps did you take? AFTER NUMEROUS ATTEMPTS TO GRIEVE THIS MATTER FIRST, I WAS ALWAYS LED IN CIRCLES OR TOLD I COULDN'T GRIEVE, I WAITED FOR MY INJURIES TO BE CONFIRMED BY OUTSIDE SPECIALIST, THEN I WROTE ALL MY DEFENDANTS SEPARATELY ASKING IF WE COULD RESOLVE THIS WITHOUT ME FILING A LAWSUIT.

2. What was the result(s): NO RESPONSE! THEY ACTUALLY SPEEDED UP MY OUT OF STATE TRANSFER, WHICH I FIND TOTALLY DISRESPECTFUL, WILL EXPLAIN IN LETTER TO CLERK

C. If your answer is NO, explain why not: ______________

______________________________

III. PARTIES

In item "A" below, place your name in the first blank. Do the same for for any additional parties, if any.

A. Name of Plaintiff: WAYMAN TURNER

______________________________

In item "B" below, place the full name of the Defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item "C" for the names, position and places of employment of any additional Defendants.

B. Defendant DAVID McCAULEY is employed as WARDEN-INTAKE SERVICE CENTER at P.O. BOX 8249 CRANSTON, R.I 02920.

C. Additional Defendants: A.T. WALL II DIRECTOR D.O.C 40 HOWARD AVE CRANSTON, R.I 02920 JOHN DOE DEFENDANTS

JEFF ACETO - CAPTAIN INTAKE SERVICE CENTER P.O. BOX 8249 CRANSTON, R.I 02920

IV. STATEMENT OF CLAIM

State here as briefly as possible the facts of your case. Describe how each Defendant is involved. Include also the names of any other person(s) involved, dates and places. Do not give any legal argument or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet, if necessary.

Prison officials we're aware of a known enemy of mines, such data was posted on Rosters and on D.O.C computers, I was scheduled as a "ADD on" for court, Defendant Captain JEFF ACETO ordered me to go into the chow Hall to eat with Another Block, were my enemy was, who assaulted me, causing severe and permanent eye and nerve damage which has been diagnosis by specialist outside of the prison, and I also feel, the lack of the proper medical attention when the assault first occured also resulted in me suffering severely, I not only suffered, physical pain, But also psychological, from fear of more assaults, and the Public humiliation, of being Beaten in front of 130 men, By someone I wasn't suppose to be around, and I didn't know he was even in there I was totally defenseless.

V. RELIEF

State briefly exactly what you want the Court to do for you. Make no Legal arguments and do not cite any cases or statutes.

1) order prison officials to immediately provide me with adequate medical care from qualified therapist to help me to learn to live with the damages I recieved from the assault

2) one million dollars in damages, from each defendant jointly and severally.

3) Future monitering and medical case.

VI. CERTIFICATION

I the undersigned, do hereby swear that the above stated facts are both true and correct, based upon my personal knowledge.

Wayman Turner
(Signature of Plaintiff)

(Additional Plaintiffs)

WAYMAN TURNER
P.O Box 8200 H.S.C
Cranston, R.I. 02920
(Address for Plaintiff(s)