UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

WAYMEN TURNER,

Plaintiff

No. CA 06 505S

VS.

JOHN DOE DEFENDANTS

CAPTAIN JEFF ACETO

A.T. WALL II, ET AL.

WARDEN DAVID McCAULEY

MOTION TO PROCEED IN FORMA PAUPERIS

Plaintiff, Wayman Turner, pro se, requests this Honorable Court for permission to proceed in forma pauperis. In support, Plaintiff says:

1. He is incarcerated and indigent.

2. He brings this action in good faith; believing he is entitled to the relief sought.

3. He is unable to pay the filing fees, and other costs associated with prosecuting this action.

In further support, the plaintiff has attached his Affidavit of Indigency.

Dated: 11/20/06

Respectfully submitted

Wayman Turner