UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WAYMAN TURNER

v.                                          C.A. No. 06 - 505 S

A.T. WALL, et al.

MEMORANDUM AND ORDER

Plaintiff Wayman Turner, pro se, a prisoner confined at the Rhode Island Department of Corrections, has filed a Complaint together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint on November 22, 2006. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided an opportunity to submit a copy of his prison trust account statement in support of his request to proceed in forma pauperis.

Accordingly, **IT IS HEREBY ORDERED** that the plaintiff shall submit, within twenty days of the date of this order:

   1. A certified copy of his prison trust account statement for the six month period immediately preceding the filing of the Complaint, or **from May 21, 2006 to November 21, 2006.** Said copy must show the credit to, and the monthly balances therein.

Failure to comply with this order will result in a dismissal of this action.

IT IS SO ORDERED.

_____
Jacob Hagopian
Senior United States Magistrate Judge
Date: 27 Nov 06