District Court of the United States
for the District of Rhode Island

WAYMAN TURNER, Plaintiff )
 )
v. )    Case No. 06-505 S
 )
A.T. WALL ET AL., Defendant )

Motion for Appointment of Counsel

Pursuant to 28 U.S.C. §1915(e)(1) plaintiff moves for an order appointing counsel to represent himself in this case. In support of this motion, plaintiff states:

1. Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.

2. Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation. Plaintiff has limited access to the law library and limited knowledge of the law.

3. A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence and cross examine witnesses.

WHEREFORE, plaintiff requests that the court appoint counsel in this case.

12-27-06
Date

Wayman Turner
Name