Judge, Hagopian 12-27-06

Sir, I am writting you this letter, with the hopes you'll reconsider your decision, to appoint me counsel, I pray the following reasons will presuade you to see that, I will need counsel in this matter. You where right, my complaint isnt complexed at all, I wouldnt need counsel to litigate the facts of this case, the truth never needs support sir. But considering my situation, I am in High security, not for behavior issues, but because of my enemy issues, and Im awaiting a out of state transfer. Because of my limited access to the law library, I have only been able to go to the law library, twice this month, either it was closed, or wasnt enough staff. Sir the building Im in, there are no more then one hundred inmates, and only 50 of us have access to the law library, the rest are on segregation status, so you would assume we would have more time, right? Even with the D.O.C chief legal counsel, some what admitting fault, and we have gone back and forth, or at least I have, since she asked me for my settlement proposal, she has declined everyone of my proposals. She feels the total lost of my sense of smell, or my impaired vision, all confirmed by specialists outside of the D.O.C, or the scar from the stitches, or the psychological damage from being beaten til blood covered my face, in front of 100 inmates, or the medication I had to stop taking for the anxiety, because it was making my liver levels skyrocket, isnt worth what Ive asked to be compensated for. Im lockdown 23 hours a day. Sir my defendants control my access to the only place, I can use to answer motions, and prove my case. There has already been problems with the mail coming and leaving this building ↓

2

I REALIZE AND ALREADY FORESEE THE D.O.C's DEFENSE, to OVERWHELM ME with motions, that will have to BE ANSWERED IN A Timely Fashion, I KNOW I WONT BE ABLE to MEET EVERY DEADLINE there FOR CAUSING MY CASE to BE DISMISSED, Sir these ARE THE only REASONS I'll NEED counsel, to ANSWER MOTIONS FOR ME. AND the ONE BOOK I UNDERSTAND WAS PRINTED IN 1995, the LAW LIBRARIAN has WARNED ME the COURT Rules may have changed, I'VE ASKED FOR A BOOK ON the LOCAL RULES, BUT I BELIEVE SHE'S OUT ON MATERNITY LEAVE, LAST time I SAW her, she WAS READY to pop. Sir IF I AM to EVEN have A CHANCE, I'll NEED COUNSEL. They WERE WRONG AND my Rights WERE VIOLATED AND they should BE held ACCOUNTABLE. I'VE SUFFERED PREMANENT INJURIES, DUE to their PURE IGNORANCE to my Right to BE PROTECTED FROM A KNOWN VIOLENT AGGRESSIVE INMATE, A KNOWN documented ENEMY, please RECONSIDER your DECISION to APPOINT COUNSEL, AND Allow ME A Fighting Chance MAYBE EVEN CO-COUNSEL, I'll BE up AGAINST A TEAM of LEGAL EXPERTS AND EVEN "IF" I CAN GET to the LAW LIBRARY, time AND OUT DATED BOOK, OR the ONE'S that might AS well BE WRITTEN IN CHINESE ARITHMETIC ARE ALSO OBSTACLES to ME, thank you FOR your Time!

RespectFully
WAYMAN TURNER
Wayman Turner