CA 06 505S

MR. DiMARZIO 5-23-07

Im writing you again sir, concerning my complaint against the R.I D.O.C 06 505S. I explained to you in my two previous letters that I mailed the forms that you sent me "Notice of Lawsuit" and "Request for Waiver of Service of Summons" and the D.O.C's lawyer mailed back to me the forms and complaint I mailed to one of my defendants, saying I need to consult Rule 4 of the Federal Rules of Civil Procedure, Im waiting for her to mail the rest of the forms from the other two defendants back to me. I have looked at Rule 4 and the only things I can see what she could be talking about is that, I didnt send with the complaint a certificate of service or because the forms and complaint wasnt served by a Marshal or deputy serve service, But I did what you told me to do when you mailed me the forms, Also my time limit for service may have ran out, Due to fact that you mailed me the forms of Jan. 25, 2007, But the R.I D.O.C didnt mail to me the paperwork and book "Local Rules" until April 2007, there for hindering me from effecting service right away against my defendants. If you could send me the proper forms and motions so I can file with the court asking for an extention of time to effect service. A possiblily explain to me just what ask I could've done wrong. Im acting pro se also could you mail me motion so I can ask the court to ~~[illegible]~~ appoint me counsel. I appreciate your help as well as the courts.

Thank you. Respectfully

Waiman Turner