**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

WAYMAN TURNER

v. C.A. No. 06- 505 S

A.T. WALL, et al.

**O R D E R**

Plaintiff's motion for an extension of time to effect service is hereby **GRANTED.** Plaintiff shall effect service on or before July 31, 2007.

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
Date: 12 Jun 07