RECEIVED
JUN 15 2007
Property of U.S. District Court
District of Rhode Island

Wendy Geile, 6-7-07

I recieved your mail concerning my extension, I didnt however recieve any motions. I am acting pro se, and because the R.I D.O.C moved me to VA, I have no access to RI legal work, motion (etc) So any help you can provide me with concerning this civil suit, would be very much appreciated. I ask for an extension, because Mr. David Dimarzio mailed me "Notice of Lawsuit" and "Request for Waiver of Service of Summon's" on Jan 25, 2007, he mailed also a book of the local rules, however he mailed forms and book to the ACI, thinking I was still their, which I wasnt, however the R.I DOC didnt mailed the forms or book until April, 2007, therefor hindering me from serving them (my defendants) in a timely matter. when I did mail the proper forms which Mr. Dimarzio wrote me and told me to do, I mailed all forms and a copy of the complaint to each defendant individually. the D.O.C lawyer mailed the forms and complaints back to me, saying I need to consult Rule 4 of the Federal Rules of Civil Procedures and I did, remember I did what Mr. Dimarzio told me to do initially, the only thing Rule 4 states is that the forms and complaint along with a certificate of service, shouldve been served by the U.S Marshals, so along with this letter, Im sending you copies of the forms filled out and 3 complaints for each defendant, also the letter from the D.O.C lawyer Mrs. Coyne-Fague, saying that I served wrong. I am hoping you can have the Marshals serve my defendants, I sent all the forms and complaint certified mail, the first time, I mailed copies of the receipts to Mr. Dimarzio. Again any assistance you can provide will be very helpful ↓

SEEING THAT I AM ACTING PRO SE, ALSO IF ITS NOT TO LATE I WOULD LIKE TO AMEND MY COMPLAINT OR AT LEAST ADD TO IT, I WILL EXPLAIN TO YOU NOW, THAT I WOULD LIKE TO NAME MY DEFENDANTS IN THEIR INDIVIDUAL OR PERSONAL CAPACITIES, CAN YOU TELL ME HOW TO GO ABOUT THAT? REASON BEING I DON'T ONLY WANT TO NAME THEM ON MY PRESENT COMPLAINT IN JUST THEIR OFFICAL CAPACITIES. THANK YOU FOR YOUR TIME AND HELP, PLEASE TRY TO ASSIST ME, I AM SOME WHAT IGNORANT TO THIS WHOLE PROCESS, SO ALL HELP IS WELCOME, ANYTHING YOU CAN'T USE PLEASE MAIL IT BACK TO ME. THANK YOU!!

Respectfully
WAYMAN TURNER
Wayman Turner

P.S

"ALSO INCLUDED ARE STAMPED SUMMONS"
COULD YOU SEND ME BACK A COPY OF MY COMPLAINT PLEASE?
MAILED EVERYTHING TO YOU THAT I HAD MAILED TO MY DEFENDANTS, WHEN I WAS TOLD TO THE FIRST TIME!!