**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**WAYMAN TURNER**

**v.** **C.A. No. 06- 505 S**

**A.T. WALL, DAVID MCCAULEY,**
**AND JEFF ACETO**

**O R D E R**

This matter is before the Court on the motion of the *pro se* plaintiff wherein he seeks to amend his Complaint and to have his Amended Complaint served by the U.S. Marshal. Upon consideration of the motion, and of the Federal Rules of Civil Procedure, plaintiff's motion is hereby **GRANTED**, and it is hereby **ORDERED**:

1. Plaintiff shall file his **AMENDED COMPLAINT** within 14 days of the date of this Order;

2. The U.S. Marshal shall thereafter serve a copy of the **AMENDED COMPLAINT** and a summons on the named defendants (A.T. Wall, David McCauley, & Jeff Aceto); and

3. Since plaintiff indicated that he "mailed all forms and a copy of the complaint to each defendant individually," and that they refused to accept service, costs for the U.S. Marshal's service of the process shall be assessed against the defendants. See Fed. R. Civ. P. 4(d).

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
Date: 7/13/07