UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WAYMAN TURNER

v. C.A. No. 06- 505 S

A.T. WALL, DAVID MCCAULEY,
AND JEFF ACETO

**ORDER**

This matter is before the Court on the letter/motion of the *pro se* plaintiff wherein he seeks an extension of time to file his Amended Complaint. Plaintiff's motion to extend time is **GRANTED**. Plaintiff shall have an additional thirty days from the date of this Order to file his Amended Complaint.

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
Date: 7-30-07