WAYMAN TURNER,
(PLAINTIFF)

CIVIL ACTION NO: 06-505S

VS.

A.T WALL- PERSONAL, OFFICIAL CAPACITY:
DAVID McCAULEY- " "
JEFF ACETO- " ",
John DOE DEFENDANTS" DR. EdORO
(DEFENDANTS)

# CIVIL COVER SHEET,

## MOTION to AMEND COMPLAINT

## CIVIL Rights ACT, 42 USC 1983

Comes the petitioner in this matter, WAYMAN TURNER, PRO SE, AND RESPECTFULLY moves this honorable court to Amend my complaint for the following reasons.

1.) I wish to Bring suit Against my Defendants in their official as well as personal capacity. And add one additional defendant, John Doe defendants will become known during discovery.

2.) I want this honorable court to be aware of the total disregard for my well being, after my assault, I was ordered by specialist outside of the R.I DOC to have follow up medical appointments, one being a optometrist appointment and the other being a neurologically appointment. I was suppose to have a follow up regarding a cat-scan I had. All these things took place after the R.I DOC was aware of my pending legal actions against them, so not only did they disregard doctors orders, they moved me to another state, and didn't even make the recieving state aware of my medical or psychological condition's, I had to provide V.A with copies of my personal copies of my medical records. Even tho I requested a out of state transfer, which usually takes one year to 18 months, I was moved in 7 months, of course to hinder me in my lawsuit, my 8th amendments where violated when I was first assaulted, and they continue to violate them and also continue to put my life and well being in danger and continue to violate my 14th Amendment

3.) This honorable court mailed me a federal rules book and forms to serve my defendants on Jan, 25, 2007, the court clerk Mr. DiMarzio however mailed the following mention items to the ACI in Cranston, when I was in V.A, R.I didn't mail to me the mentioned item until the middle of April, 2007 therefor violating my 1st Amendment.

—CONTINUED—

4,) BECAUSE I AM ACTING PRO SE, IN THIS MATTER I ONLY WANT TO MAKE THE COURT AWARE OF MY IGNORANCE, BUT ALSO I WANT THE COURT TO KNOW THAT I AM TOTALLY DICATED TO THIS CASE, BECAUSE HOW THE R.I. DOC TOTALLY DISREGARDED MY SAFETY, HEALTH AND WELL BEING, BECAUSE IM A PRISONER I HAVE NO RIGHTS? I AM STILL A U.S CITIZEN, AND THE U.S CONSTITUTION SAYS I HAVE RIGHTS, THEY WERE VIOLATED AND CONTINUE TO BE VIOLATED, I LOOK FORWARD TO MY DAY IN COURT, EVEN THO I WILL BE GOING UP AGAINST EXPERT LAWYERS, THE FACTS ARE THE FACTS, EVERYTHING IS IN BLACK AND WHITE, IM SURE THE TRUTH WILL PREVAIL. I THANK THIS COURT FOR THE TIME, PATIENCE AND ASSISTANCE THEY HAVE AFFORDED ME, I TRUST AND BELIEVE IN THIS COURT THANK YOU!

RESPECTFULLY
Wayman Turner
WAYMAN TURNER

NOTE! I COME BEFORE THIS HONORABLE COURT AND HONORABLE JUDGE HAGOPIAN, AND REQUEST THE APPOINTMENT OF COUNSEL, TO ASSIST ME, AS THIS CASE IS ABOUT TO COME BEFORE THE COURT, BECAUSE I AM PRO SE, AND BECAUSE I AM OUT OF STATE, AND HAVE NO ACCESS TO THE PROPER LEGAL PAPERWORK, OR CASE LAWS HERE IN V.A THAT WILL HELP ME WITH A R.I CASE I AM AT THE COURTS MERCY AND ASK FOR COUNSEL OR THAT THE COURT OFFERS ME DECLARATORY RELIEF, AND BRINGS ME BACK TO R.I SO I CAN PROPERLY PREPARE FOR MY CASE, I DONT HAVE ACCESS TO NOTHING HERE. THANK YOU!! R.I WISE!!

* ALSO I WROTE MR. DIMARZIO A CLERK AT R.I FEDERAL COURT ASKING HIM TO SEND ME THE PROPER FORMS TO AMEND MY COMPLAINT, I MADE HIM AWARE OF THE DEADLINE I WAS UNDER, AND THAT V.A COULDNT PROVIDE ME WITH FORMS FOR, R.I COURT, SO I GOT SOME V.A 1983 COMPLAINT FORMS AND DID WHAT I DID, TO MEET MY DEADLINE, I PRAY YOUR HONORABLE JUDGE JACOB HAGOPIAN ACCEPTS MY AMENDED COMPLAINT, EVEN THO I HAD TO MANUFACTURE MY OWN COMPLAINTS, THANK YOU! I WAS COMPELLED TO PUT THESE DOCUMENTS TOGETHER MYSELF TO COMPLY WITH THE COURT I HOPE AND MEET MY DEADLINE!!

RESPECTFULLY
Wayman Turner
WAYMAN TURNER

CLAIMS, SUPPORTING FACTS, CONTINUED

* FIRST I WANT THE COURT TO KNOW THAT, EVEN THO I AM AMENDING MY COMPLAINT TO ADD ONE MORE ADDITIONAL DEFENDANT (INTAKES) DOCTOR, DOCTOR, EDORO, AND TO NAME ALL MY DEFENDANTS IN THEIR PERSONAL AS WELL AS OFFICIAL CAPACITY. IM AMENDING MY COMPLAINT FOR THESE REASONS AND BECAUSE MY DEFENDANTS CONTINUE TO VIOLATE MY CONSTITUTIONAL RIGHTS. I STILL WANT THE ORIGINAL FACTS STATED IN MY INITIAL COMPLAINT TO STAND, ALONG WITH THESE NEW VIOLATIONS THAT HAVE ARISEN, ALL THIS TRANSPIRED DUE TO THE ASSAULT ON 4-5-06, AN ASSAULT THAT SHOULDVE NEVER HAPPENED, BUT LIKE I MENTIONED, THOSE FACTS ARE STATED IN MY ORIGINAL COMPLAINT, BUT NOW THE R.I D.O.C, FROM DIRECTOR, WALL, EVERYONE OF MY NAMED DEFENDANTS HAVE VIOLATED MY RIGHTS AS WELL AS MY WELL BEING, THEY MOVED ME OUT OF STATE AND IGNORED MY FOLLOW UP APPOINTMENTS SET BY SPECIALISTS OUTSIDE OF THE R.I D.O.C, AND DIDNT MAKE V.A AWARE OF MY PSYCHOLOGICAL AND MEDICAL CONDITIONS OR MY FOLLOW UP APPOINTMENTS, EVEN THO I INITIATED THE OUT OF STATE TRANSFER, DUE TO ENEMY ISSUES, R.I ORIGINALLY DENIED MY REQUEST, BUT WHEN I WROTE DIRECTOR, WALL PERSONALLY AND MENTIONED THE ASSAULT, HE APPROVED MY TRANSFER HIMSELF, I HADNT FILED A SUIT YET, NOT AT THAT TIME, BUT WHEN I DID THE D.O.C SPED UP THE TRANSFER PROCESS CONSIDERABLE, TO AVOID MY LAWSUIT, OR AT LEAST MAKE IT DIFFICULT, I HAVE PAPERWORK TO PROVE THIS, AND WILL PRESENT IT AT COURT. THE R.I D.O.C AND NAMED DEFENDANTS VIOLATED MY RIGHTS IN FACTS STATED IN ORIGINAL COMPLAINT, AND CONTINUE TO VIOLATE MY RIGHTS, HENCE AMENDED COMPLAINT, MY 8TH AND 14TH AMENDMENTS WERE AND CONTINUE TO BE

↓ CONT

VIOLATED, FACTS ARE FACTS,

Waymon Turner DATE: 8-22-07