**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**WAYMAN TURNER**

**v.** **C.A. No. 06- 505 S**

**A.T. WALL, DAVID MCCAULEY,**
**AND JEFF ACETO**

**ORDER**

This matter is before the Court on the letter/motion of the *pro se* plaintiff wherein he seeks an extension of time to file his Amended Complaint. Plaintiff avers in his letter/motion that he has had difficulty sending the Amended Complaint to the Court due to the fact that he is now incarcerated in Virginia. Accordingly, Plaintiff's motion to extend time is **GRANTED**. Plaintiff shall have additional thirty days from the date of this Order to file his Amended Complaint.

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
Date: 11 Sep 07