**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**WAYMAN TURNER**

**v.** **C.A. No. 06- 505 S**

**A.T. WALL, DAVID MCCAULEY,**
**AND JEFF ACETO**

**O R D E R**

This matter is before the Court on the motion of the *pro se* plaintiff wherein he seeks to Amend his Complaint (see Dkt # 18).

On July 13, 2007, the Court granted plaintiff's motion to Amend his Complaint and directed him to file his Amended Complaint with the Court within 14 days. Plaintiff did not comply.

On September 11, 2007, the Court, after receiving a letter form the *pro se* plaintiff, *sua sponte* extended the time in which the plaintiff was to file the Amended Complaint, providing him an additional 30 days.

However, on that same date, plaintiff filed another motion to Amend with the Court. Plaintiff, in support of the motion, provided a proposed "Amended Complaint," which adds additional allegations, and incorporates by reference the facts and allegations contained in his original Complaint filed on November 22, 2006.

Accordingly, plaintiff's motion to amend is **granted**. The Clerk of Court is directed to file a copy of plaintiff's original Complaint, filed on November 22, 2006, (see Dkt #1), and his proposed Amended Complaint, filed on September 11, 2007, (see Dkt # 18-2), as plaintiff's Amended Complaint. Simply put, the Clerk is directed to docket both documents (Dkt # 1 & 18-2) as plaintiff's Amended Complaint.

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
Date: Oct 18, 07