# UNITED STATES DISTRICT COURT

*For*

*The District of Rhode Island*

WAYMAN TURNER
(Enter the full name(s) of the Plaintiff(s) in this action)

vs.

A.T. WALL II
DAVID McCAULEY
JEFF ACETO
John Doe Defendants
(Enter the full name(s) of the Defendant(s) in this action)

CA 06 505S

Civil Action No. ____________

## PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes: ________ No: X

B. If your answer to "A" is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiffs: ________________________________

Defendants: ________________________________

2. Court where action was filed(if federal, give the district; or if state, give the county):

________________________________________

3. Please give docket number(s): __________________

4. Name of Judge to whom case was assigned: __________

________________________________________

5. Disposition of case(for example, was the case dismissed or appeal, or is it still pending)

________________________________________

6. Approximate date of filing lawsuit: ______________

7. Approximate date of disposition: ________________

II. PLACE OF PRESENT CONFINEMENT

A. Did you present the facts relating to this complaint to the Warden or any of the prison officials?

________________________________________

B. If your answer was Yes:

1. What steps did you take? AFTER NUMEROUS Attempts to grieve this matter FIRST, I was always led in circles or this I couldn't grieve, I waited for my injuries To be confirmed by outside specialist, then I wrote All my Defendants separately Asking if we could resolve this without me Filing a Lawsuit.

2. What was the result(s): No Response! They actually speeded up my out of state transfer, which I find totally disrespectful, will explain in letter to clerk

C. If your answer is NO, explain why not: ______________

________________________________________

III. PARTIES

In item "A" below, place your name in the first blank. Do the same for for any additional parties, if any.

A. Name of Plaintiff: WAYMAN TURNER

________________________________________

In item "B" below, place the full name of the Defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item "C" for the names, position and places of employment of any additional Defendants.

B. Defendant DAVID McCAULEY is employed

as WARDEN-INTAKE SERVICE CENTER at P.O. BOX 8249 CRANSTON, R.I 02920

C. Additional Defendants: A.T. WALL II DIRECTOR D.O.C 40 HOWARD AVE CRANSTON, R.I 02920 JOHN DOE DEFENDANTS

JEFF ACETO - CAPTAIN INTAKE SERVICE CENTER P.O. BOX 8249 CRANSTON, R.I 02920

IV. STATEMENT OF CLAIM

State here as briefly as possible the facts of your case. Describe how each Defendant is involved. Include also the names of any other person(s) involved, dates and places. Do not give any legal argument or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet, if necessary.

Prison officials we're aware of a known enemy of mines, such Data was posted on Rosters and on D.O.C computers, I was scheduled as a "ADD ON" for court. Defendant Captain Jeff Aceto ordered me to go into the chow Hall to eat with Another Block, were my enemy was, who assaulted me, causing severe and permanent eye and nerve Damage which has been diagnosis by specialist outside of the prison, and I also feel, the lack of the proper medical attention when the assault first occured also resulted in me suffering severely, I not only suffered, physical pain, But also psychological, from fear of more assaults, and the Public humiliation, of being Beaten in front of 130 men, By someone I wasn't suppose to be around, and I didn't know he was even in there I was totally Defenseless.

V. RELIEF

State briefly exactly what you want the Court to do for you. Make no Legal arguments and do not cite any cases or statutes.

1) order prison officials to immediately provide me with Adequate medical care from qualified therapist to help me to learn to live with the Damages I recieved from the assault

2) one million dollars in damages, from each defendant jointly and severally.

3) Future monitering and medical care.

## VI. CERTIFICATION

I the undersigned, do hereby swear that the above stated facts are both true and correct, based upon my personal knowledge.

Wayman Turner
(Signature of Plaintiff)

(Additional Plaintiffs)

Wayman Turner
P.O Box 8200 H.S.C
Cranston, R.I. 02920
(Address for Plaintiff(s))

For Clerk's Office Use

| Judge | Recd Date | Grv. |
| --- | --- | --- |
| | | |

For use by inmates in filing a complaint under **CIVIL RIGHTS ACT, 42 USC §1983**

**INMATE NAME:** WAYMAN TURNER

**PRISONER NO.:** R.I NO: 78839 VA NO: 367607

**PLACE OF CONFINEMENT:** WALLENS RIDGE STATE PRISON, BIG STONE GAP, V.A 24219

[redacted] UNITED STATES DISTRICT COURT
[redacted] DISTRICT OF [redacted] RHODE ISLAND
[redacted]

WAYMAN KEVIN TURNER
Enter Full Name Plaintiff

vs.

CIVIL ACTION NO. 06-505 S

A.T WALL, DAVID MCCAULEY, JEFF ACETO
DOCTOR EDORD, JOHN DOE DEFENDANTS
Enter Full Name(s) Defendant(s)

A. Have you begun other actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

X Yes ______ No

B. If your answer to A is Yes, describe the action in the space below.

1. Parties to the Action: A.T WALL, DAVID MCCAULEY, JEFF ACETO DOCTOR EDORD (DOC DOCTOR) JOHN DOE DEFENDANTS, I NAME ALL THESE DEFENDANTS IN THERE OFFICIAL AND PERSONAL CAPACITY.
2. Court: UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF RHODE ISLAND
3. Docket No.: 06-505S
4. Judge: HONORABLE JUDGE, JACOB HAGOPIAN
5. Disposition: DEFENDANTS WAITING TO BE SERVED AMENDED COMPLAINT BRINGING SUIT AGAINST ALL DEFENDANTS, IN OFFICIAL AND PERSONAL CAPACITIES
(For example, is the case still pending? If not, what was the ruling? Was the case appealed?)

C. Have you filed any grievances regarding the facts of your complaint?

Yes X No ______

1. If your answer is Yes, complete the enclosed verified statement, indicating the result. Please attach evidence of your exhaustion of all available grievance procedures.
*SENT THIS INFORMATION, Along with original complaint"
2. If your answer is No, indicate the reason for failure to exhaust on the verified statement. You may be required to exhaust your claims through any applicable grievance procedures. Your complaint may be dismissed if you fail to exhaust all avenues of the grievance process in a timely fashion.

D. Statement of Claim - State here briefly the facts of your case. Describe how each defendant is involved. Include also the names of other persons involve, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. Use as much space as needed. You may attach extra paper if necessary.

Claim #1 - Supporting Facts - Tell your story briefly without citing cases or law.
I HAVE ALREADY STATED THE FACTS IN MY INITIAL COMPLAINT, BUT I WILL ADD MORE ISSUES THAT HAVE LATELY ARISEN. "PAGE ADDED ✱
AFTER MY ASSAULT, I COMPLAINED OF A NUMBER OF PROBLEMS, PROBLEMS WITH MY VISION, AND I COULDNT SMELL ANYTHING, THE ASSAULT HAPPENED 4-5-06 TWO EYE DR. CAME TO THE INTAKE TO SEE ME, THIS WAS "6-8-06 AND 6-22-06 THIS IS TWO MONTHS AFTER A BRUTAL ASSAULT, THAT INITIALLY REQUIRED

Claim #2 - Supporting Facts - Tell your story briefly without citing cases or law.
STITCHES AND I SUFFERED A SERVERE BONE BRUISE, THE DR'S SUGGESTED I SEE A EYE SPECIALIST (OPTOMETRIST) WHICH I DIDNT ~~happen~~ UNTIL 9-5-06 DR EDORO AT THE INTAKE WAS VERY CRITICAL ABOUT MY COMPLAINTS, I WAS VERY CONCERNED, MY VISION WAS AND IS IMPAIRED AND I COULDNT AND CANT SMELL ANYTHING. I DIDNT SEE SOMEONE ABOUT NEUROLOGICAL PROBLEMS UNTIL 10-11-06, THEN HAD A CAT-SCAN ON 10-19-06, BUT THE DOC AND DR. EDORO

Claim #3 - Supporting Facts - Tell your story briefly without citing cases or law.
FAILED TO PROVIDE ME WITH THE PROPER MEDICAL TREATMENT IN A TIMELY MATTER EVEN WHEN OTHER DOCTOR'S RECOMMEND I GO TO OUTSIDE SPECIALIST. DOCTOR'S I WILL CALL AS WITNESSES, ALSO THE R.I DOC TOTALLY DISREGARDED ALL MY FOLLOW UP APPOINTMENT ~~WITH~~ THAT THE SPECIALIST SET FOR ME, SO NOT ONLY DID THEY PUT MY LIFE AND WELL BEING IN DANGER. BY ALLOWING ME TO BE ASSAULTED BY A KNOWN ENEMY, THEY DISREGARDED MY HEALTH AND FOLLOW UP APP.

E. State what relief you seek from the Court. Make no legal arguments, cite no cases or statutes.
INJUNCTIVE RELIEF, COMPENSATORY DAMAGES AS WELL AS PUNITIVE DAMAGES. COMPENSATORY DAMAGES OF $150,000 FROM EACH DEFENDANT SEPARATELY AND INDIVIDUALLY.

SIGNED THIS 22ND DAY OF August, 2007.

Wayman Ducree
(Signature of Each Plaintiff)

**VERIFICATION:**

I, ______________________, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 USC §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, three or more occasions, while incarcerated, brought an action or appeal in federal court that are dismissed on the grounds that it was frivolous, malicious or failed to state a claim upon which relief may be granted, unless the prisoner is in imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of filing fees.

I declare under penalty of perjury the foregoing to be true and correct.

DATED: 8-22-07 SIGNED: Wayman Ducree

[redacted] UNITED STATES DISTRICT COURT
[redacted] DISTRICT OF [redacted] RHODE ISLAND
[redacted]

WAYMAN TURNER
Plaintiff,

Civil Action No. 06-505 S

V. A.T WALL, DAVID McCAULEY

JEFF ACETO, DOCTOR, EDORD, JOHN DOE DEFENDANTS
Defendant(s).

## VERIFIED STATEMENT

I, the plaintiff in this action, have been advised of the requirements regarding exhaustion of administrative remedies as outlined in 42 U.S.C. 1997e and now submit this verified statement.

(Choose only one):

__X__ I have exhausted my administrative remedies as to each of the claims raised in my complaint by appealing my claims to the highest available level of the administrative remedies procedures. Copies of the record of the proceedings are attached to this statement. *SENT INFORMATION WITH ORIGINAL COMPLAINT"

______ I have attempted to exhaust my administrative remedies but my grievance was rejected as untimely. I have appealed that determination to the highest level available. I have attached documentation verifying my attempts to exhaust administrative remedies.

______ There are no administrative remedies available to me at this time, either because the issue I raise is nongrievable, or because there is no grievance procedure at the correctional facility at which I am confined. I have attached documentation verifying my attempts to exhaust administrative remedies.

______ This cause of action arose at ____________ and I am now being housed at another facility, ____________. Therefore, I do not believe I have administrative remedies available at this time.*

I affirm that I am the plaintiff in this action and I know the content of the above statement; that it is true of my own knowledge, except as to those matters that are stated in it to be based on my own information and belief; and to those matters, I also believe them to be true. I declare under penalty of perjury that the foregoing is true and correct.

8-22-07
DATE

Wayman Turner
SIGNATURE OF AFFIANT

*An inmate who has been transferred from one VDOC prison facility to another may still be able to file grievances where the cause of action arose.