**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**WAYMAN TURNER**

**V.** **C.A. # 06-505S**

**A.T. WALL, DAVID MCCAULEY,**
**JEFF ACETO, DR. EDORO, and**
**JOHN DOE**

**ANSWER OF DEFENDANTS WALL AND MCCAULEY**
**TO PLAINTIFFS AMENDED COMPLAINT**

Now come Defendants, ***A.T. WALL and DAVID MCCAULEY,*** (hereinafter "Defendants") and in answer to the allegations on file against them, aver as follows:

**I**. PREVIOUS LAWSUITS

A. The Defendants are without sufficient knowledge to form a belief as to the truth of the allegation contained in this Paragraph, and on that basis deny it and leave Plaintiff to his proof thereof.

B. The allegations (B1-B7) contained in this Paragraph were left blank by Plaintiff, and therefore no responsive pleading is required thereto; if deemed required, Defendants deny the allegations and leave Plaintiff to his proof thereof.

**II.** PLACE OF PRESENT CONFINEMENT

A. The allegation contained in this Paragraph was left blank by Plaintiff, and therefore no responsive pleading is required thereto; if deemed required, Defendants deny the allegation and leave Plaintiff to his proof thereof.

B. Defendants deny the allegations contained in this Paragraph (B1-B2). The remaining allegation (B-3) was left blank by Plaintiff, and therefore no responsive pleading is required thereto; if deemed required, Defendants deny the allegation and leave Plaintiff to his proof thereof.

C. The allegation contained in this Paragraph was left blank by Plaintiff, and therefore no responsive pleading is required thereto; if deemed required, Defendants deny the allegation and leave Plaintiff to his proof thereof.

**III.** PARTIES

A. The Defendants are without sufficient knowledge to form a belief as to the truth of the allegation contained in this Paragraph, and on that basis deny it and leave Plaintiff to his proof thereof.

B. Defendants admit that David McCauley is the Warden of the Intake Facility. To the extent that other facts are alleged in this Paragraph, Defendants are without sufficient knowledge as to the truth of the allegations and leave Plaintiff to his proof thereof.

C. Defendants admit that A.T. Wall is the Director of the Department of Corrections. The remaining allegations contained in this Paragraph do not pertain to these answering

Defendants and therefore no responsive pleading is required thereto; if deemed required, Defendants deny the allegations and leave Plaintiffs to his proof thereof.

**IV.** STATEMENT OF CLAIM

It is admitted that the Defendants were aware that Plaintiff had at least one known enemy in the custody of the Department of Corrections. Defendants deny the remaining allegations contained in this Paragraph, and leave Plaintiff to his proof thereof.

**V.** RELIEF

Defendants demands that Plaintiff's Complaint be dismissed, that judgment enter in their favor and against the Plaintiff, and that Defendants be awarded their costs and other such relief as this Honorable Court deems fair and proper.

**VI.** CERTIFICATION

The Defendants are without sufficient knowledge to form a belief as to the truth of the allegation contained in this Paragraph, and on that basis deny it and leave Plaintiff to his proof thereof.

**A**. The Defendants are without sufficient knowledge to form a belief as to the truth of the allegation contained in this Paragraph, and on that basis deny it and leave Plaintiff to his proof thereof.

**B.** The Defendants are without sufficient knowledge to form a belief as to the truth of the allegations (B1-B5) contained in this Paragraph, and on that basis deny them and leave Plaintiff to his proof thereof.

**C.** Defendants deny the allegations contained in this Paragraph, and leave Plaintiff to his proof thereof.

**D.** Defendants deny the allegations contained in this Paragraph, and leave Plaintiff to his proof thereof.

**E.** Defendants demands that Plaintiff's Complaint be dismissed, that judgment enter in their favor and against the Plaintiff, and that Defendants be awarded their costs and other such relief as this Honorable Court deems fair and proper.

**VERIFIED STATEMENT**

Defendants deny the allegations contained in this Paragraph, and leave Plaintiff to his proof thereof.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff failed to exhaust all his administrative remedies as required by the Prison Litigation Reform Act of 1995 42 U.S.C. § 1997e(a).

### SECOND AFFIRMATIVE DEFENSE

Defendants have the benefit of their status as sovereign together with all privileges and immunities which inner to said status.

### THIRD AFFIRMATIVE DEFENSE

Defendants were in exercise of due care and in good faith duly fulfilled any and all duties owed to the Plaintiff in this action, if any duties were owed.

FOURTH AFFIRMATIVE DEFENSE

Plaintiff voluntarily and knowingly assumed the risk of his injuries.

FIFTH AFFIRMATIVE DEFENSE

Plaintiff failed to mitigate damages.

SIXTH AFFIRMATIVE DEFENSE

Plaintiff's damages, if any, were caused by his own actions.

SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's damages, if any, were caused by the actions of individuals other than Defendants and were the sole proximate cause of the alleged injuries, or in the alternative, substantially contributed to the cause of the same.

EIGHTH AFFIRMATIVE DEFENSE

Defendants acted in good faith in the course of their duties and are therefore entitled to immunity pursuant to R.I. Gen. Laws § 36-8-3.1

NINTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to set forth facts sufficient to constitute a cause of action, which would entitle them to recover punitive damages.

TENTH AFFIRMATIVE DEFENSE

To the extent Plaintiff claims prejudgment interest, post-judgment interest and/or costs, such are barred pursuant to R.I.G.L. §9-31-1 et seq. with respect to Defendants.

WHEREFORE, Defendants pray that this complaint be denied and dismissed and that they be awarded reasonable attorney's fees, costs and any other such relief as this Court deems proper and just.

Respectfully submitted,

STATE OF RHODE ISLAND

By Its Attorney,
PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Darryl J. Paquette

DARRYL J. PAQUETTE (#6330)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903-2907
Tel: (401) 274-4400 x 2245
Fax: (401) 222-2995

***CERTIFICATION***

I hereby certify that I mailed, by regular United States mail, postage prepaid, a true copy of the within document to plaintiff, as indicated below, on the 10th day of January 2007.

Wayman Turner #367607
Rhode Island Inmate
Wallens Ridge State Prison
P.O. Box 759
Big Stone Gap, VA 24219