Entered JDIS:
Date: 12/19/07
Initials: EV

U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| WAYMAN TURNER | 06-505S |
| DEFENDANT | TYPE OF PROCESS |
| JEFF ACETO | 1983 Civil ACTION |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JEFF ACETO, CAPTAIN INTAKE SERVICE CENTER, R.I D.O.C

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
P.O. BOX 8249 I.S.C, CRANSTON, R.I 02920

DISTRICT OF RHODE ISLAND

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

WAYMAN TURNER #367607
Rhode ISLAND INMATE
WALLENS Ridge STATE prison
P.O. BOX 759
Big STONE GAP, VA 24219

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold

40 HOWARD AVENUE
CRANSTON, R.I 02920

401-462-2622
8:00AM - 5:00PM

Fold

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Wayman Turner, PRO SE | ☑ PLAINTIFF ☐ DEFENDANT | N/A | 12-6-07 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 | No. 70 | No. 70 | Edward Kawa | 12/19/07 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| JEFF ACETO | | |
| Address *(complete only if different than shown above)* | Date of Service | Time (am) pm |
| INTAKE SERVICE CENTER HOWARD AVE CRANSTON, R.I | 1-16-08 | 0949 |
| | Signature of U.S. Marshal or Deputy | |
| | C A Moore | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 14.50 | | 59.50 | Ø | 59.50 | |

REMARKS:
12/21 - 1st d 9
Jeff Aceto
1/16/08
total
1 DEP / 1HR / 24 miles / SERVED C MOORE

**PRIOR EDITIONS MAY BE USED**

**1. CLERK OF THE COURT**

**FORM USM-285 (Rev. 12/15/80)**