**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**WAYMAN TURNER**

**V.** **C.A. # 06-505S**

**A.T. WALL, DAVID McCAULEY,**
**JEFF ACETO, DR. EDORO, and**
**JOHN DOE**

**ANSWER OF DEFENDANT JEFF ACETO TO**
**PLAINTIFFS AMENDED COMPLAINT**

Now comes the Defendant, ***Jeff Aceto*****,** (hereinafter "Defendant") and in answer to the allegations on file against his, avers as follows:

**I**. PREVIOUS LAWSUITS

A. The Defendant is without sufficient knowledge to form a belief as to the truth of the allegation contained in this Paragraph, and on that basis denies it and leaves Plaintiff to his proof thereof.

B. The allegations (B1-B7) contained in this Paragraph were left blank by Plaintiff, and therefore no responsive pleading is required thereto; if deemed required, Defendant denies the allegations and leaves Plaintiff to his proof thereof.

## II. PLACE OF PRESENT CONFINEMENT

A. The allegation contained in this Paragraph was left blank by Plaintiff, and therefore no responsive pleading is required thereto; if deemed required, Defendant denies the allegation and leaves Plaintiff to his proof thereof.

B. Defendant denies the allegations contained in this Paragraph (B1-B2). The remaining allegation (B-3) was left blank by Plaintiff, and therefore no responsive pleading is required thereto; if deemed required, Defendant denies the allegation and leaves Plaintiff to his proof thereof.

C. The allegation contained in this Paragraph was left blank by Plaintiff, and therefore no responsive pleading is required thereto; if deemed required, Defendant denies the allegation and leaves Plaintiff to his proof thereof.

## III. PARTIES

A. The Defendant is without sufficient knowledge to form a belief as to the truth of the allegation contained in this Paragraph, and on that basis denies it and leaves Plaintiff to his proof thereof.

B. The allegations contained in this Paragraph do not pertain to this answering Defendant and therefore no responsive pleading is required thereto; if deemed required, Defendant denies the allegations and leaves Plaintiffs to his proof thereof..

C. Defendant admits that Jeff Aceto is a correction officer, with the rank of "captain," employed by the Rhode Island Department of Corrections. The remaining

allegations contained in this Paragraph do not pertain to this answering Defendant and therefore no responsive pleading is required thereto; if deemed required, Defendant denies the allegations and leaves Plaintiffs to his proof thereof.

**IV.** STATEMENT OF CLAIM

It is admitted that the Defendant was aware that Plaintiff had at least one known enemy in the custody of the Department of Corrections. Defendant denies the remaining allegations contained in this Paragraph, and leaves Plaintiff to his proof thereof.

**V.** RELIEF

Defendant demands that Plaintiff's Complaint be dismissed, that judgment enter in his favor and against the Plaintiff, and that Defendant be awarded his costs and other such relief as this Honorable Court deems fair and proper.

**VI.** CERTIFICATION

The Defendant is without sufficient knowledge to form a belief as to the truth of the allegation contained in this Paragraph, and on that basis denies it and leave Plaintiff to his proof thereof.

**A.** The Defendant is without sufficient knowledge to form a belief as to the truth of the allegation contained in this Paragraph, and on that basis denies it and leaves Plaintiff to his proof thereof.

**B.** The Defendant is without sufficient knowledge to form a belief as to the truth of the allegations (B1-B5) contained in this Paragraph, and on that basis denies them and leaves Plaintiff to his proof thereof.

**C.** Defendant denies the allegations contained in this Paragraph, and leaves Plaintiff to his proof thereof.

**D.** Defendant denies the allegations contained in this Paragraph, and leaves Plaintiff to his proof thereof.

**E.** Defendant demands that Plaintiff's Complaint be dismissed, that judgment enter in his favor and against the Plaintiff, and that Defendant be awarded his costs and other such relief as this Honorable Court deems fair and proper.

**VERIFIED STATEMENT**

Defendant denies the allegations contained in this Paragraph, and leaves Plaintiff to his proof thereof.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff failed to exhaust all his administrative remedies as required by the Prison Litigation Reform Act of 1995 42 U.S.C. § 1997e(a).

### SECOND AFFIRMATIVE DEFENSE

Defendant has the benefit of his status as sovereign together with all privileges and immunities which inner to said status.

## THIRD AFFIRMATIVE DEFENSE

Defendant was in exercise of due care and in good faith duly fulfilled any and all duties owed to the Plaintiff in this action, if any duties were owed.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff voluntarily and knowingly assumed the risk of his injuries.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff failed to mitigate damages.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's damages, if any, were caused by his own actions.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's damages, if any, were caused by the actions of individuals other than Defendant and were the sole proximate cause of the alleged injuries, or in the alternative, substantially contributed to the cause of the same.

## EIGHTH AFFIRMATIVE DEFENSE

Defendant acted in good faith in the course of his duties and are therefore entitled to immunity pursuant to R.I. Gen. Laws § 36-8-3.1

## NINTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to set forth facts sufficient to constitute a cause of action, which would entitle them to recover punitive damages.

TENTH AFFIRMATIVE DEFENSE

To the extent Plaintiff claims prejudgment interest, post-judgment interest and/or costs, such are barred pursuant to R.I.G.L. §9-31-1 et seq. with respect to Defendant.

WHEREFORE, Defendant prays that this complaint be denied and dismissed and that he be awarded reasonable attorney's fees, costs and any other such relief as this Court deems proper and just.

Respectfully submitted,

STATE OF RHODE ISLAND

By Its Attorney,
PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Darryl J. Paquette

DARRYL J. PAQUETTE (#6330)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903-2907
Tel: (401) 274-4400 x 2245
Fax: (401) 222-2995

***CERTIFICATION***

I hereby certify that I mailed, by regular United States mail, postage prepaid, a true copy of the within document to plaintiff, as indicated below, on the 1st day of February 2008.

/s/ Darryl J. Paquette

____________________________________

Wayman Turner #367607
Rhode Island Inmate
Wallens Ridge State Prison
P.O. Box 759
Big Stone Gap, VA 24219