IN THE UNITED STATES DISTRICT COURT OF
RHODE ISLAND

NAYMAN TURNER, PRO SE C.A.# 06-505 S
PLAINTIFF

V.

A.T. WALL, DAVID MCCAULEY,
JEFF ACETO, DR. EDORO, AND
JOHN DOE, DEFENDANTS
"INDIVIDUALLY AND IN THEIR
OFFICIAL CAPACITIES"

# MOTION FOR APPOINTMENT OF COUNSEL

PURSUANT to 28 U.S.C § 1915(E)(1) PLAINTIFF MOVES FOR AN ORDER APPOINTING COUNSEL to REPRESENT him in this CASE, IN SUPPORT OF this MOTION PLAINTIFF STATES:

(1) PLAINTIFF is UNABLE to AFFORD COUNSEL, HE has REQUESTED AND BEEN GRANTED LEAVE to PROCEED IN FORMA PAUPERIS.

(2) PLAINTIFF'S IMPRISONMENT IN ANOTHER STATE

will greatly limit his ability to litigate the issues in this case Plaintiff feels will now become very complexed, with the Attorney Generals office now representing Defendants, Plaintiff also feels significant research and investigation will be required Plaintiff has no access to R.I cases, and his knowledge of the law is limited.

(3) A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence and cross examine witnesses, and deal with the mountain of paperwork and motions his Defendants Lawyeris bound to file.

(4) Plaintiff has made repeated efforts to obtain a lawyer, List of Lawyers Plaintiff contacted and there numbers

(1) Robert Caron - 401-831-1889
(2) Edward Formisano - 401-944-9690
(3) Camille McKenna - 401-351-5770
(4) Charles Cashee - 401-942-3900

Motion Appoint Counsel



WHEREFORE, PLAINTIFF'S REQUEST THAT THE COURT APPOINT ATTORNEY EDWARD ROY, A MEMBER OF THE RHODE ISLAND BAR, AS COUNSEL IN THIS CASE.

DATE: 2-11-2008

Wayman Turner

WAYMAN TURNER

WALLENS RIDGE STATE PRISON

P.O. BOX 759

BIG STONE GAP, V.A 24219

City County of Wise
Commonwealth of [illegible]
Subscribed and sworn [illegible] Corrections
11th day
of February 08, by
David L. Ross 344109
Notary Public
My Commission Exp. 12-31-2008