Case 1:06-cv-00505-S-JH Document 31 Filed 03/05/2008 Page 1 of 2

VIRGINIA DEPARTMENT [OF CO]RRECTIONS
WALLENS RIDGE ST[ATE PRI]SON
Inmate Request For I[nfor]mation Form

Implementation Memo for DOP# 866
Attachment #2

RECEIVED
MAR 03 2008
Property of U.S. District Court
District of Rhode Island

06-505S

# INMATE REQUEST FOR INFORMATION

**INSTRUCTIONS FOR FILING**: If you have a complaint that may result in a formal grievance, you must use the Informal Complaint Form. This form is to be used for requesting general information through specific departments. Please ensure that your topic coincides with the appropriate department.

**Please fill out form & send to (please check one below) and place in the institutional mail. All requests for maintenance issues should be sent to the Building Supervisor:**

- ☐ Warden
- ☐ Assistant Warden
- ☐ Major (Security)
- ☐ Treatment --- Name:
- ☐ Operations Officer
- ☐ Business Office
- ☐ Property Control
- ☐ Building Supervisor
- ☐ DCE
- ☐ Mental Health
- ☐ Medical
- ☐ Food Service
- ☐ Rec. Supervisor/Law Library
- ☐ Inmate Records
- ☑ Mailroom Ms. GARRISON
- ☐ Laundry
- ☐ Inmate Grievance Office
- ☐ Safety Officer
- ☐ Disciplinary Hearings Officer
- ☐ Other ______

| TURNER | WAYMAN | 367607 | A | 637 |
|---|---|---|---|---|
| **Inmate's Last Name** | **First Name** | **Number** | **Building** | **Cell Number** |

**PLEASE STATE YOUR QUESTION:** MS. GARRISON, INCLOSED IN THE ENVELOPE ARE THE "SIX" STAMPS, TO SEND MY PACKAGE TO THE FEDERAL COURT, IT IS MY UNDERSTANDING FROM THE OFFICERS YOU SENT MY PACKAGE TO THE ATTORNEY GENERAL'S OFFICE IN RHODE ISLAND ON 2-14-08, CAN I PLEASE HAVE SOME TYPE OF DOCUMENTATION, SAYING WHEN BOTH PACKAGES WENT OUT? THANK YOU VERY MUCH FOR YOUR COOPERATION IN THIS MATTER, IT IS VERY MUCH APPRECIATED!

"6" 41 STAMPS TO SEND MAIL TO THE U.S FEDERAL COURTHOUSE IN PROVIDENCE, RHODE ISLAND MAIL (PACKAGE) IS ALREADY IN THE MAILROOM, AWAITING THESE STAMPS!!!!!

Inmate's Signature: Wayman Turner Date: 2-19-08

**STAFF RESPONSE:**

No, Mr. Turner we do not send it out til we receive the stamps or loan processing paper work. You are Indigent so we are waiting for stamps.

Fed Building c/o Judge [illegible] mailed today 2/20/08

~~[illegible]~~ Dept of Atty General of Providence, R.I mailed on 2/15/08

Respondent's Signature: [signature] Date: 2/20/08

MAILROOM
FEB 20 2008

Revision Date: January 10, 2006

02-15-08

W. TURNER #367607 A-637

Mr. Turner,

The letter to Federal Bldg. and Courthouse cost 6.20 to mail due to its weight and size.

It you want it mail the state will loan you up to 4.10 due to your being indigent.
If you want it mail you will need to send was postage stamps amounting to 2.10 next week.
We will hold this piece of mail for five days awaiting your reply, if you send the stamps we will mail that day. If you want the piece of mail returned to you please notify us.

D. Garrison/Mailroom

MAILROOM
FEB 15 2008