Judge, Hagopian C.A. 06-505 S 2-24-08

Sir, I'm writing you concering the problems I am having regarding getting my legal mail sent out, twice already my mail to the court has been sent back to me, I am a indigent inmate, and I have exhausted all my fund's, what little money I get from family and friends on fighting this case, at this important time in this case, I'm being put in a very uncontitutional position, and if I complain to officials here the situation only seems to get worst, a number of inmates here at Wallens Ridge State Prison, have filed complaints internally, and a few with the Federal or State courts, concerning missing court documents, the results of those missing documents, has left a number of inmates time barred, I wish not to go through that, which is why I asked for the injunction order to have me bring back to R.I, to fairly fight my case, also I asked to be appointed counsel, since I am here in Virginia, and since the case is at this stage, and the Attorney General's office is involved, I will be over matched somewhat, legaly anyway, the facts are still the facts. Also you requested me and Mr. Paquette to try to settle, before a trial, I have wrote Mr. Paquette, my Defendants lawyer a number of times, trying to do that, I have yet to hear from Mr. Paquette. I asked for all the documents I sent the court in the begining of this case, because something I would like to use as exhibits should a trial be necessary. Also within this letter I would like to add to more expert witnessses, and because of my inability to farther fund my case, and because of the problems I'm having sending legal mail out, I pray the court adds these two witnesses and also that the court make my Defendants lawyer, Mr. Paquette aware of this, because I am unable at this time, and I do not feel confident at all in putting my legal mail in the hands of the officials here. I'm now sending this letter to you through a friend in R.I, because I am acting pro se, I'm still learning as I go. The court is aware I have John Doe Defendants, one would be the prison guard who housed the inmate who assaulted me, he has yet to be made known, I asked Mr. Paquette for his/her name, and one would be the Medical Director of the R.I D.O.C, who name I pray the court add's to my expert witness list, and Doctor. Bansal, Doctor at High Security R.I D.O.C, is it possible that more "John Doe Defendants" become available as the case proceeds?

(Continued back

MAR 11 2008
U.S. District Court

I'M SORRY THAT I HAVE TO GO ABOUT THIS, IN THIS FORM, BUT THIS IS ALL I CAN DO CONSIDERING MY SITUATION, I'M SURE A REASON WHY I WAS MOVED SO FAST SO I COULDN'T GATHER THE PROPER INFORMATION I NEED. I FELT ONCE MY COMPLAINT WAS GIVEN A CASE NUMBER THAT I WOULDN'T BE MOVED UNTIL THE CASE WAS RESOLVED, I WAS WRONG, I WILL MAKE ALL EFFORTS TO CONTACT MR. PAQUETTE TO MAKE HIM AWARE OF THE ADDITION TO THE EXPERT WITNESS LIST, THE INFORMATION I JUST SENT TO THE COURT I PRAY SATISFY THE DISCOVERY PORTION OF THIS CASE, I UNDERSTAND I HAVE UNTIL MARCH 21ST 2008 TO FILE PRETRIAL MEMORANDA, HOPEFULLY I'LL RECEIVE THE DOCUMENTS I REQUESTED FROM THE COURT BEFORE THEN. YOUR HONOR PLEASE CONSIDER MY INJUNCTION ORDER AND MY MOTION TO APPOINT COUNSEL, I FEEL IF I HAVE A CHANCE, I WILL NEED ONE OR BOTH TO FAIRLY PRESUE MY CASE, THANK YOU AND YOUR STAFF FOR YOUR CONTINUED COOPERATION

RESPECTFULLY SUBMITTED

WAYMAN TURNER

Wayman Turner

WAYMAN TURNER

PLAINTIFF C.A NO. 06-505 S

V

A.T. WALL, ET AL

DEFENDANTS

REQUEST THE COURT ADD TWO MORE EXPERT WITNESSES TO HIS EXPERT WITNESS LIST

FILED
2008 MAR 11 A 8:31
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

DOCTOR BANSAL, R.I HIGH SECURITY DOCTOR R.I D.O.C THE DOC MEDICAL DIRECTOR, NAME UNKNOWN, AND THAT THE COURT MAKE MY DEFENDANTS LAWYER; SPECIAL ASSISTANT ATTORNEY GENERAL DARYL J. PAQUETTE AWARE OF THE (2) ADDED EXPERT WITNESSES, AND THAT HE MAKE THE MEDICAL DIRECTOR, OR THE PERSON IN CHARGE OF THE R.I D.O.C MEDICAL DEPARTMENTS NAME KNOWN TO ME.