**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**WAYMAN TURNER**

**V.** **C.A. # 06-505S**

**A.T. WALL, DAVID McCAULEY,**
**JEFF ACETO, DR. EDORO, and**
**JOHN DOE**

**AFFIDAVIT OF ROBERT McCUTCHEON**

I, Robert McCutcheon, being duly sworn, depose and state as follows:

1. I am the Grievance Coordinator for the Rhode Island Department of Corrections.

2. The Department of Corrections has a Grievance Policy (#13.10) that has a three-tier level for filing inmate grievances.

3. The first level is to file with the lowest level of the chain of command and the second level is an appeal to the Warden of the facility where the inmate resides.

4. The final avenue of an inmate's administrative remedy is to appeal to the Director, defendant A.T. Wall.

5. I am designated and sworn by the Director to receive and review all grievances at the third and final level.

6. I have reviewed the files of plaintiff Wayman Turner, and can state that there is no record of the plaintiff filing any grievances.

Robert M. McCutcheon
Robert McCutcheon

Subscribed and sworn to before me in the City of Cranston, State of Rhode Island on this 29th day of February, 2008.

Patricia A. Coyne-Fague
NOTARY PUBLIC
Commission Expires: 12-20-09