**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**WAYMAN TURNER**

**V.** **C.A. # 06-505S**

**A.T. WALL, DAVID MCCAULEY,**
**JEFF ACETO, DR. EDORO, and**
**JOHN DOE**

**DEFENDANTS A.T. WALL, DAVID MCCAULEY, AND JEFF ACETO'S STATEMENT OF FACTS PURSUANT TO LOCAL RULE 12.1**

1. Plaintiff, Wayman Turner, was incarcerated within the Rhode Island Department on April 5, 2006.

2. Plaintiff was involved in a physical altercation with another inmate on April 5, 2006.

3. Plaintiff received medical attention and treatment for injuries received as a result of the aforementioned physical altercation.

4. The Rhode Island Department of Corrections has a formal grievance policy in place as an avenue of redress for inmate concerns. *"Grievance Policy."*

5. Plaintiff failed to comply with the requirements of the Grievance Policy. *Affidavit of Robert McCutcheon.*

6. Plaintiff, at his request, was subsequently transferred to an out-of-state correctional facility, and is currently an inmate of the Wallens Ridge State Prison in the Commonwealth of Virginia.

Respectfully submitted,

STATE OF RHODE ISLAND

By Its Attorney,
PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Darryl J. Paquette

DARRYL J. PAQUETTE (#6330)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903-2907
Tel: (401) 274-4400 x 2245
Fax: (401) 222-2995
dpaquette@riag.ri.gov

**CERTIFICATION**

I hereby certify that I mailed, by regular United States mail, postage prepaid, a true copy of the within document to plaintiff, as indicated below, on the 14th day of March 2008.

/s/ Darryl J. Paquette

Wayman Turner #367607
Rhode Island Inmate
Wallens Ridge State Prison
P.O. Box 759
Big Stone Gap, VA 24219