VIRGINIA DEPARTMENT OF CORRECTIONS
**WALLENS RIDGE STATE PRISON**
Inmate Request For Information Form

Implementation Memo for DOP# 866
Attachment #2

RECEIVED BY ... 08 ... DEPT.

# INMATE REQUEST FOR INFORMATION

**INSTRUCTIONS FOR FILING**: If you have a complaint that may result in a formal grievance, you must use the Informal Complaint Form. This form is to be used for requesting general information through specific departments. Please ensure that your topic coincides with the appropriate department.

**Please fill out form & send to (please check one below) and place in the institutional mail. All requests for maintenance issues should be sent to the Building Supervisor:**

- ☐ Warden
- ☐ Assistant Warden
- ☐ Major (Security)
- ☐ Treatment --- Name:
- ☐ Operations Officer
- ☐ Business Office
- ☐ Property Control
- ☐ Building Supervisor
- ☐ DCE
- ☐ Mental Health
- ☑ Medical
- ☐ Food Service
- ☐ Rec. Supervisor/Law Library
- ☐ Inmate Records
- ☐ Mailroom
- ☐ Laundry
- ☐ Inmate Grievance Office
- ☐ Safety Officer
- ☐ Disciplinary Hearings Officer
- ☐ Other ______

| Inmate's Last Name | First Name | Number | Building | Cell Number |
|---|---|---|---|---|
| Turner | Wayman | 367607 | A | 637 |

PLEASE STATE YOUR QUESTION: I need the eye doctors full name to call upon if nessasary a expert witness in a Federal court case, I have pending in R.I. thank you for your time

Inmate's Signature: Wayman Turner Date: 2-8-08

**STAFF RESPONSE:** The eye doctor you saw here at Wallens Ridge on August 24, 2007 was Dr. Kerry Cline.

Respondent's Signature: J Scott Date: 3-11-08