IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WAYMAN TURNER, PRO, SE
PLAINTIFF

V. C.A. NO. 06-505S

A.T. WALL, DAVID MCCAULEY
JEFF ACETO, DR. EDORO AND
JOHN DOE DEFENDANTS

MEMORANDUM OF LAW IN SUPPORT;
TO ANSWER DEFENDANTS MOTION FOR SUMMARY JUDGEMENT.

PRO SE, PLAINTIFF, WAYMAN TURNER, PRAYS THE COURT DOES NOT AWARD HIS DEFENDANTS ON THEIR MOTION FOR SUMMARY JUDGEMENT. DEFENDANTS MOTION IS BASED SOLELY ON THE THEORY, THAT PLAINTIFF DID NOT EXHAUST ALL HIS ADMINISTRATIVE REMEDIES, HOWEVER, PLAINTIFF, IS PREPARED TO CHALLENGE THAT LONE THEORY. ALSO THE FACT THAT PLAINTIFF WAS ASSAULTED BY KNOWN ENEMY AND SUFFERED SERIOUS PREMANANET PHYSCIAL AS WELL AS PSYCHOLOGICAL INJURIES WAS NOT DISPUTED BY DEFENDANTS LAWYER. DEFENDANTS LONE DEFENSE IS THAT PLAINTIFF DID NOT EXHAUST ALL ADMINISTRATIVE REMEDIES, DEFENDANTS CLAIM I, "MUST PRESENT AFFIRMATIVE EVIDENCE IN ORDER TO DEFEAT A PROPERLY SUPPORTED MOTION FOR SUMMARY JUDGEMENT" THE EVIDENCE IN THIS CASE IS STRONG AND IS AND WILL BE SUPPORTED BY WITNESSSES, AND DOCUMENTS FROM MEDICIAL SPECIALISTS. FROM R.I AS WELL AS V.A. THE CASES DEFENDANTS LAWYER CITED ARE IRRELEVANT TO MY SITUATION AND DOES NOT BARE FRUIT TO THE FACTS THAT MY 6TH, 8TH AND 14TH AMENDMENTS WE'RE

(2)

VIOLATED, those AND other FACTS, that the court has Documention of, concerning those For mentioned violation, were not disputed By Defendants Lawyer, so I Feel Summary Judgement should Be granted in my Favor. In Booth v. Churner 532, U.S 731, 121 S.Ct 1819 (2001) the prison officials in that case Didnt ignore or Avoid the plaintiff's request for grievance Forms, Booth sought monetary damages through the grievance system in the Penn. prison system, But that relief was not available to him. First and Formost, I am aware that the First step in Filing a 1983 complaint is to exhaust All Administrative Remedies. I have made the court aware through Documention, of R.I D.O.C, reckless and callous Behavior regarding my situation (1) Being placed near a known violent enemy, not once, But twice the 2nd time resulting in the assault. (2) the holding on of my legal mail for 2½ months, then saying I missed deadlines, regarding servicing my defendants (3) the conversation R.I D.O.C officials had with my criminal lawyer, that, "they messed up and would move me out of state. (4) prior to that, I was repeatly Denied a out of state transfer, By Assistant Director Jake Gadsden (5) Disregarding outside Doctors, (specialists) order's and Follow up appointments (6) not making V.A officials aware of my medical problems Due to the Assault (7) not sending my medical records to V.A. (8) not giving me the proper medical treatment or attention, as noted in medical timeline. Plaintiff there for prays Defendants Motion for Summary Judgement is Denied and Summary Judge is instead awarded to Plaintiff, since Defendants Do not dispute Assault or injuries that occurred From the Assault.

I Declare under penalty of perjury that the Forgoing is true and correct

Wallens Ridge State Prison P.O Box 759

Executed At: Big Stone Gap, Virginia March 18th 2008

Wayman Turner, pro se