③

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

WAYMAN TURNER, PRO SE "DECLARATION"

PLAINTIFF

V. C.A. NO. 06-505S

A.T. WALL, DAVID MCCAULEY

JEFF ACETO, DR EDORO AND

JOHN DOE DEFENDANTS

ABOVE MENTIONED DEFENDANTS

PLAINTIFF, WAYMAN TURNER, PRO SE hereby declares; THE FACT THAT NO GRIEVANCE FORMS were provided to DEFENDANTS LAWYER IN THE Production OF DOCUMENTS, he ~~requested~~ REQUESTED FROM PLAINTIFF, IS BECAUSE, AND A FACT FINDER will show I WAS MOVED OUT OF STATE IN 7 MONTHS, when usually a out OF STATE TRANSFER TAKES ONE YEAR to 18 MONTHS OR LONGER, I WAS ONLY Allowed By STATE MARSHALL'S to ~~carry~~ TAKE what I could carry in my hand cuffed hands, AND WAS ONLY GIVEN 5 MINUTES, I LEFT BEHIND PERSONAL PICTURES OF MY CHILDREN AND WAS ONLY ABLE to grab my MEDICAL RECORDS, which was a good thing, considering R.I OFFICIALS NEVER SENT MY MEDICAL RECORDS. SO I HAD to MAKE V.A OFFICIALS AWARE OF MY MEDICAL problems Due to the Assault on 4-5-06. Everything else regarding paperwork for this case was given to my FRIEND, the DAY I WAS MOVED SHE CAME to VISIT ME NOT KNOWING I WAS GONE, AND PRISON OFFICIALS AT high SECURITY GAVE her All my property, even tho I told the officer who packed me up, to LEAVE A NOTE FOR the property OFFICER to ship all my ~~stuff~~ STUFF to me, I MADE this STATEMENT IN FRONT OF U.S MARSHALS. Luckily I WAS AWARE FROM the START OF this COMPLAINT, almost 2 YEARS AGO

(4)

that if I didnt exhaust all administrative remedies that my complaint would be dismissed. So knowing how the R.I D.O.C has in the past made certain documents disappear, I sent copies of all the request forms I filed asking for grievance forms, to grieve my defendants, either officers including lieutenants were unwilling to be the one to sign a request that was asking for a grievance against there superior and when I was able to get them signed, I recieved no response including a request to the grievance coordinator, Mr. Robert McCutcheon. I made the court aware of this problem from the start of my first complaint almost 2 years ago. I mailed the court copies of all the signed request forms. I waited the required 20 days for a response, when I didnt recieve a response, I wrote Mr. Wall and Mr. McCauley explaining to them my concerns regarding the assault on 4-5-06 and that I sent a number of request to the appropriate officials, I also sent the court a copy of these letters. In return I was contacted by D.O.C chief legal counsel Mrs. Coyne-Fague, who engaged in settlement proposals with me, only when we were unable to reach an accord, did she turn the case over to the attorney generals office, not once did she mention, I didnt exhaust all administrative remedies, because she knew I attempted, its hard to exhaust remedies when, your being ignored. And ~~the~~ the R.I D.O.C conduct in this whole matter thus far, makes my claim that I attempted and was ignored and avoided, true facts, including the court has copies of mentioned request and letters. or my complaint would'ue been dismissed along time ago. "Exhaustion may not be required if you can show that you were unable to successfully file a grievance through no fault of your own" I was in High Security, due to enemy issues on B-status which is the equivalent to

(5)

to be on protective custody, limited movement, 23 hour lockdown one 10 minute phone call a week, 2 hours a week in the law library, if it wasnt closed, for some mysterious reason, no one was willing to cooperate with me, once they found out who the grievances were for, I pray the court will look through the paperwork I sent with my first complaint, you will find the copies of signed request forms and letters to Mr. Wall and Mr. McCauley and letters from Mrs. Coyne-Fague, trying to settle with me

I declare under penalty of perjury, that the forgoing is true and correct executed at! Big Stone Gap, Virginia

March 18th 2008

Wayman Turner, pro se