(9)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WAYMAN TURNER, PRO SE
PLAINTIFF

V. C.A. NO. 06-505 S

A.T. WALL, DAVID McCAULEY
JEFF ACETO, DR. EDORO AND
JOHN DOE DEFENDANTS

PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANTS.

IN ACCORDANCE WITH RULE 33 OF THE FEDERAL RULES OF CIVIL PROCEDURE, PLAINTIFF REQUEST THAT DEFENDANTS A.T. WALL ANSWER THE FOLLOWING INTERROGATORIES UNDER OATH, AND THAT THE ANSWERS BE SIGNED BY THE PERSON MAKING THEM AND BE SERVED ON PLAINTIFF WITHIN 30 DAYS OF SERVICE OF THESE INTERROGATORIES.

IF YOU CANNOT ANSWER THE FOLLOWING INTERROGATORIES IN FULL, AFTER EXERCISING DUE DILIGENCE TO SECURE THE INFORMATION TO DO SO, SO STATE AND ANSWER TO THE EXTENT POSSIBLE, SPECIFYING YOUR INABILITY TO ANSWER THE REMAINDER AND STATING WHATEVER INFORMATION OR KNOWLEDGE YOU HAVE CONCERNING THE UNANSWERED PORTIONS,

THESE INTERROGATORIES SHALL BE DEEMED CONTINUING SO AS TO REQUIRE SUPPLEMENTAL ANSWERS AS NEW AND DIFFERENT INFORMATION MATERIALIZES.

(1) IDENTIFY AND ATTACH A COPY OF ANY AND ALL DOCUMENTS RELATING TO TRANSFERRING A INMATE OUT OF STATE WITH OPEN COURT CASES AND MEDICAL APPOINTMENTS

(10)

(2) IDENTIFY AND ATTACH A COPY AND NAME OF THE R.I D.O.C MEDICAL DIRECTOR AND HIS INVOLVEMENT IN DISREGARDING MY MEDICAL FOLLOW UPS AND APPOINTMENTS,

(3) WAS YOU AWARE OF MY MEDICAL SITUATION? AND IF SO WHY WAS I STILL MOVED OUT OF STATE, AND NONE OF MY MEDICAL RECORDS FOLLOWED ME AND V.A OFFICAILS WERENT MADE AWARE OF MY MEDICAL PROBLEMS AND ~~WHOS~~ who's DECISION WAS IT TO STILL MOVE ME, DISREGARDING OPEN COURT CASES AND MEDICAL APPOINTMENTS, SEND ATTACHED COPIES OF ALL STAFF MEETINGS REGARDING MENTIONED ISSUES.

(4) DID YOU RECIEVE A LETTER FROM PLAINTIFF? WE'RE HE EXPLAINED TO YOU IN SAID MENTIONED LETTER, ABOUT HIS ATTEMPTS TO GRIEVE THE VIOLATIONS OF HIS FEDERAL RIGHTS, BUT WAS IGNORED BY D.O.C OFFICAILS, ATTACH AND SEND COPY OF SAID LETTER.

(5) IDENTIFY AND ATTACH A COPY OF LETTERS FROM ASSISTANT DIRECTOR JAKE GADSDEN, WE'RE HE REFUSED MY OUT OF STATE TRANSFER REPEATLY, ALSO LETTERS FROM CLASSIFICATION DIRECTOR JOSEPH DINITTO

(6) IDENTIFY AND ATTACH A COPY OF ANY AND ALL DOCUMENTS, STAFF MEETINGS, MINUTES AND TAPED CONVERSATIONS, WITH CHIEF LEGAL COUNSEL MRS. COYNE-FAGUE, REGARDING PLAINTIFF'S COMPLAINTS, REGARDING HIS RIGHTS BEING VIOLATED, AND MRS. COYNE-FAGUE ATTEMPTS TO SETTLE WITH PLAINTIFF.

(7) IDENTIFY AND ATTACH A COPY OF ANY AND ALL DOCUMENTS, STAFF MEETINGS, MINUTES, WITH PRISON INVESTORGATORS, REGARDING THE ASSAULT ON PLAINTIFF ON 4-5-06 AND HIS FEDERAL RIGHTS BEING VIOLATED.

(8) Identify and attach a copy of any and all documents, staff meetings, minutes, and taped conversations with whom is in charge of interstate compact and why was Plaintiff's open court cases and medical follow ups and appointments ignored, and how long does a out of state transfer usually take, attach records of out of state transfers from 2006 til 2008.

(9) Identify the prison official, who had conversations with Plaintiff's criminal attorney, Gerard N. Donley, and admitted the D.O.C was at fault when Plaintiff was assaulted by known violent enemy on 4-5-06, and to appease Plaintiff official told Mr. Donley they would transfer Plaintiff out of state even after Plaintiff was repeatedly denied transfer.

(10) Identify and attach a copy of any and all documents, mail policies and procedures why was Plaintiff's legal mail held for 2 1/2 months by R.I D.O.C. A Federal court clerk, mailed Plaintiff service forms and a local rules book to High Security in Cranston R.I on 1-25-07, however mentioned items were not mailed to Plaintiff until April 2007, mentioned items were post marked at a Garden City post office in April 2007.

March 19th 2008

Wayman Turner, pro se

Wayman Turner

(12)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

WAYMAN TURNER, PRO SE

PLAINTIFF

V. C.A. NO. 06-505S

A.T. WALL, DAVID McCAULEY

JEFF ACETO, DR. EDORO AND

JOHN DOE DEFENDANTS

PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANTS

IN ACCORDANCE WITH RULE 33 OF THE FEDERAL RULES OF CIVIL PROCEDURE, PLAINTIFF REQUEST THAT DEFENDANT; DAVID McCAULEY ANSWER THE FOLLOWING INTERROGATORIES UNDER OATH, AND THAT THE ANSWERS BE SIGNED BY THE PERSON MAKING THEM AND BE SERVED ON PLAINTIFF WITHIN 30 DAYS OF SERVICE OF THESE INTERROGATORIES.

IF YOU CANNOT ANSWER THE FOLLOWING INTERROGATORIES IN FULL, AFTER EXERCISING DUE DILIGENCE TO SECURE THE INFORMATION TO DO SO, SO STATE AND ANSWER TO THE EXTENT POSSIBLE, SPECIFYING YOUR INABILITY TO ANSWER THE REMINDER AND STATING WHATEVER INFORMATION OR KNOWLEDGE YOU HAVE CONCERNING THE UNANSWERED PORTIONS.

① IDENTIFY AND ATTACH A COPY OF ANY AND ALL DOCUMENTS, SHOWING WHO WAS ON DUTY AND AT THE SCENE AFTER AND DURING THE ASSAULT ON PLAINTIFF ON 4-5-06 INCLUDING NURSES.

"(Warden McCauley's Interrogatories Continued)"

(13)

(2) identify and attach a copy of the incident report, pretaining to the assault on Plaintiff on 4-5-06

(3) identify and attach a copy of any and all Documents, and Disciplinary hearing pretaining to inmate Dennis Garnetto, known enemy of Plaintiff who assaulted Plaintiff on 4-5-06

(4) identify and attach a copy of any and all Documents showing who commited Dennis Garnetto in the intake prior to him assaulting Plaintiff and who housed Dennis Garnetto

(5) identify and attach a copy of any and all Documents including incident reports, Discipline reports pretaining to Fights and Assaults in the Dining Room.

(6) identify and attach a copy of any and all Documents, policies and procedures, pretaining to mixing Different Blocks or individuals in the Dining room

(7) identify and attach a copy of any and all Documents, staff meetings, minutes, taped conversations, with Captain Aceto and prison investor-gators, and other prison officials you discuss Plaintiff's being Assaulted with and his Federal Rights being violated.

(8) Warden McCauley, were you aware of your officers mixing individual inmates in with other Blocks in the Dining Room? inmates called for court or school or other appointments, how many Fights or Assaults have occurred, Due to this practice you have allowed your officers

WARDEN MCCAULEY INTERROGATORIES CONT.

(14)

(8) SEND COPIES OF REPORTED FIGHTS AND ASSAULTS THAT HAVE OCCURRED DUE TO MIXING INDIVIDUALS IN THE DINING ROOM, HAVE YOU ALLOWED THIS PRACTICE BECAUSE IT IS TIME EFFICIENT FOR YOUR OFFICERS, WHERE YOU EVEN AWARE OF THIS CUSTOM?

(9) IDENTIFY AND ATTACH A COPY OF ANY AND ALL DOCUMENTS, ENEMY LISTS THAT IS GIVEN TO THE CHOW COMMAND OFFICER FOR THE DAY. FOR THE OFFICERS CHECKING INMATES IN AND OUT FOR COURT, SEND COPIES OF THESE REQUESTED DOCUMENTS, DATING BACK TO AUG 2004 AND EVERYTIME I WENT TO COURT.

(10) IDENTIFY AND ATTACH A COPY OF ANY AND ALL DOCUMENTS, AND GET STATEMENTS FROM OFFICER BELL AND OFFICER DOMINIC INTAKE OFFICERS, WHO WERE AWARE OF MY ENEMY ISSUES, AND THE MEASURES THE D.O.C AND U.S MARSHAL WENT THROUGH TO ENSURE MY SAFETY UP UNTIL 4 5 06 WHEN I WAS BRUTALLY ASSAULTED BY A KNOWN ENEMY.

MARCH, 19TH 2008

WAYMAN TURNER, PROSE

Wayman Turner

(15)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

WAYMAN TURNER, PRO SE

PLAINTIFF

V C.A NO. 06-505S

A.T WALL, DAVID McCAULEY

JEFF ACETO, DR. EDURO AND

JOHN DOE DEFENDANTS.

PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANTS

IN ACCORDANCE WITH RULE 33 OF THE FEDERAL RULES OF CIVIL PROCEDURE, PLAINTIFF REQUEST THAT DEFENDANT; JEFF ACETO, ANSWER THE FOLLOWING INTERROGATORIES UNDER OATH, AND THAT THE ANSWERS BE SIGNED BY THE PERSON MAKING THEM AND BE SERVED ON PLAINTIFF WITHIN 30 DAYS OF SERVICE OF THESE INTERROGATORIES.

IF YOU CANNOT ANSWER THE FOLLOWING INTERROGATORIES IN FULL, AFTER EXERCISING DUE DILIGENCE TO SECURE THE INFORMATION TO DO SO, SO STATE AND ANSWER TO THE EXTENT POSSIBLE, SPECIFYING YOUR INABILITY TO ANSWER THE REMAINDER AND STATING WHATEVER INFORMATION OR KNOWLEDGE YOU HAVE CONCERNING THE UNANSWERED PORTIONS.

THESE INTERROGATORIES SHALL BE DEEMED CONTINUING, SO AS TO REQUIRE SUPPLEMENTAL ANSWERS AS ~~[illegible]~~ NEW AND DIFFERENT INFORMATION MATERIALIZES.

CONTINUED NEXT PAGE

(16)

(1) IDENTIFY AND ATTACH A COPY OF ANY AND ALL DOCUMENTS, STAFF MEETINGS MINUTES TAPED CONVERSATIONS WITH PRISON OFFICIALS, PRETAINING TO ASSAULT ON PLAINTIFF ON 4.5.06, ANY AND ALL DOCUMENTED DISCUSSIONS YOU HAD WITH PRISON OFFICIALS REGARDING YOUR CONDUCT, RESULTING IN PLAINTIFF BEING ASSAULTED BY KNOWN ENEMY.

(2) IDENTIFY AND ATTACH A COPY OF ANY AND ALL DOCUMENTS, INCIDENT REPORTS PRETAINING TO ASSAULT ON PLAINTIFF ON 4-5-06

(3) CAPTAIN, ACETO, WERE YOU AWARE OF PLAINTIFFS ENEMY ISSUES? IF SO HOW? DID YOU COME TO BE AWARE OF PLAINTIFF ENEMY ISSUES, ATTACH COPY OF DOCUMENTATION THAT MADE YOU AWARE.

(4) CAPTAIN, ACETO, DID YOU SEND PLAINTIFF INTO THE DINING ROOM, WHERE PLAINTIFF WAS ASSAULTED BY A KNOWN VIOLENT ENEMY.

(5) CAPTAIN, ACETO, WERE YOU AWARE OF THE MEASURES INTAKE OFFICIALS AND U.S MARSHALS TOOK TO ENSURE PLAINTIFF'S SAFETY FROM KNOWN ENEMIES.

(6) CAPTAIN ACETO, IS IT A CUSTOM OF INTAKE OFFICIALS/OFFICER'S WHO ARE CHOW COMMANDERS, TO MIX INDIVIDUALS WITH DIFFERENT BLOCK'S TO EAT.

(7) CAPTAIN ACETO IS THIS MIXING OF INDIVIDUALS POLICY OR NORMAL R.I D.O.C PROCEDURE, OR A TIME EFFICENT METHOD FOR INTAKE OFFICERS, IF IT R.I D.O.C POLICY OR PROCEDURE, ATTACH AND SEND COPY OF THAT POLICY.

CONTINUED NEXT PAGE

(17)

(8) Captain Acero, is Warden McGuigan aware of this custom of sending a individual into the dining room to eat with another Block other than that individuals own Block.

(9) Captain Acero, How many Fights or Assaults have you witnessed or known of, or Disciplinary hearing you have oversee, where a Physical altercation has taken place, as a result of a individual eating with another Block other than his own and running into someone he has a problem with, attach and send copy of known occurrences

March, 19th 2008

Wayman Turner, Pro Se

Wayman Turner