IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

WAYMAN TURNER, PRO SE

PLAINTIFF

V. C.A. NO. 06-505S

A.T. WALL, DAVID MCCAULEY

JEFF ACETO, DR. EDORO AND

JOHN DOE DEFENDANTS.

MOTION FOR APPOINTMENT OF COUNSEL.

PURSUANT TO 28 U.S.C § 1915 (E)(1) PLAINTIFF MOVES AGAIN FOR AN ORDER APPOINTING COUNSEL TO REPRESENT HIM IN THIS CASE. IN SUPPORT OF THIS MOTION PLAINTIFF STATES;

① PLAINTIFF IS UNABLE TO AFFORD COUNSEL, PLAINTIFF IS INDIGENT AND HAS EXHAUSTED ALL HIS FUNDS AND RESOURCES FIGHTING THIS CASE.

② PLAINTIFF IS CURRENTLY FIGHTING THIS CASE FROM V.A. PLAINTIFF HAS NO ACCESS TO R.I CASE LAWS, DEFENDANTS HAVE MADE PLAINTIFFS REQUEST FOR PRODUCTION OF DOCUMENTS, DIFFICULT. THEY HAVE NOT PROVIDED PLAINTIFF WITH ANYTHING HE HAS REQUESTED, WHICH WOULD UNCOVER FACTS THAT WOULD BENEFIT PLAINTIFF, PLAINTIFF FEELS HE WILL BE OVERWHELMED BY THE ATTORNEY GENERALS OFFICE, WITH PAPERWORK, THAT WILL BE NEAR IMPOSSIBLE FOR PLAINTIFF TO PRODUCE, CONSIDER HE'S CURRENTLY OUT OF STATE, PLAINTIFF ALSO FEELS, ATTORNEY GENERALS OFFICE ISN'T TAKING PLAINTIFF SERIOUS, BECAUSE HE IS ACTING PRO SE. PLAINTIFF IS AWARE THAT HIS CASE IS NOT COMPLETED AT ALL AND DEFENDANTS LAWYER, DID NOT DISPUTE ASSAULT OR INJURIES SUFFERED

DUE to ASSAULT, BUT DEFENDANTS LAWYER FILED MOTION FOR SUMMARY JUDGEMENT, BASED SOLELY ON THE GROUNDS THAT PLAINTIFF DID NOT EXHAUST ALL ADMINISTRATIVE REMEDIES, WHICH IS THE FIRST STEP PLAINTIFF TOOK IN FILING HIS 1983 COMPLAINT. PLAINTIFF FEELS THIS IS ONLY THE BEGINING OF NUMEROUS UNPROVEN FACTS THAT DEFENDANTS LAWYER WILL USE, EVEN THO FACTS ARE STACKED IN PLAINTIFFS FAVOR. PLAINTIFF FEEL STRONGLY THAT HE WILL NEED AN EXPERIENCE LAWYER TO ASSIST HIM, ASSUMING WE ARE HEADED FOR TRIAL. PLAINTIFF PRAYS THAT IF THE COURT DENIES HIS REQUEST FOR COUNSEL, THAT THE COURT MAY ORDER PLAINTIFF DEFENDANTS TO RETURN HIM TO RHODE ISLAND, TO CONTINUE TO FIGHT HIS CASE, AT LEAST UNTIL CASE IS RESOLVED.

(3) PLAINTIFF MADE COURT AWARE OF THE LAWYERS HE TRIED TO OBTAIN IN HIS LAST MOTION TO APPOINT COUNSEL.

WHEREFORE, PLAINTIFFS REQUEST THAT THE COURT APPOINT, ATTORNEY EDWARD ROY OR ATTORNEY MARY MACLEROY, BOTH MEMBERS OF THE RHODE ISLAND BAR, AS TWO POTENTIAL LAWYER TO ASSIST PLAINTIFF BOTH PRACTICE IN FEDERAL COURT.

March 18th 2008

Wayman Turner

WAYMAN TURNER, PRO SE
WALLENS RIDGE STATE PRISON
P.O. BOX 759
BIG STONE GAP, VA 24219