**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**WAYMAN TURNER**

**V.** **C.A. # 06-505S**

**A.T. WALL, DAVID MCCAULEY,**
**JEFF ACETO, DR. EDORO, and**
**JOHN DOE**

**DEFENDANTS A.T. WALL, DAVID MCCAULEY, AND JEFF ACETO'S MOTION FOR EXTENSION OF TIME AND TO MODIFY PRETRIAL ORDER**

Now come the Defendants, A.T. WALL, DAVID MCCAULEY, AND JEFF ACETO, and hereby respectfully move for an extension of time to respond to discovery and for modification of the Pretrial Order dated January 29, 2008. *See Court Docket No. 27.* In support hereof, the Defendants respectfully submit the following.

Plaintiff, Wayman Turner, argues in his "Motion for an Order Compelling Discovery," that he propounded discovery on the Defendants, and submitted same to the Court, on or about February 11, 2008. *See Court Docket no. 37.* The undersigned declares that no such discovery request was received from the Defendant, and an examination of the Court Docket shows no entries on or after February 11, 2008 that would evidence receipt by the Court of said discovery requests. The Defendants only became aware the purported requests after viewing them as an attachment to Plaintiff's "Motion for an Order Compelling Discovery." *See Court Docket No. 37-2.*

As per the Court's Pretrial Order, all fact discovery closed on February 29, 2008. As declared above, the Defendants did not receive the later propounded requests from Plaintiff until

more than a month after the closing of fact discovery; and not in the form of a conventional request, but as an attachment to a Motion to Compel. The Defendants would welcome the opportunity to respond to Plaintiff's discovery requests.

WHEREFORE, in lieu of an Objection to Plaintiff's "Motion for an Order Compelling Discovery," Defendants, A.T. WALL, DAVID MCCAULEY, AND JEFF ACETO, hereby respectfully request a 30-day extension of time in which to respond to "Plaintiff's First Set of Interrogatories to Defendants," and further request that the Pretrial Order be modified[*] to as to extend the deadline for fact discovery to July 1, 2008 in order to facilitate said responses; and such other and further relief as justice may require.

Respectfully submitted,

STATE OF RHODE ISLAND

By Its Attorney,
PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Darryl J. Paquette

DARRYL J. PAQUETTE (#6330)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903-2907
Tel: (401) 274-4400 x 2245
Fax: (401) 222-2995
dpaquette@riag.ri.gov

[*] It should be noted that a Motion for Summary Judgment, filed by the State Defendants, is pending before the Court. *See Court Docket No. 33.*

***CERTIFICATION***

I hereby certify that I mailed, by regular United States mail, postage prepaid, a true copy of the within document to plaintiff, as indicated below, on the 29th day of May 2008.

/s/ Darryl J. Paquette

______________________________________

Wayman Turner #367607
Rhode Island Inmate
Wallens Ridge State Prison
P.O. Box 759
Big Stone Gap, VA 24219