**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**WAYMAN TURNER**

**v.** **C.A. No. 06-505 S**

**A.T. WALL ET AL.**

**O R D E R**

This matter is before the Court on two motions. First, plaintiff, Wayman Turner, *pro se*, filed a motion to compel discovery (Docket # 37). Specifically, plaintiff seeks a Court order requiring defendants to respond to "Plaintiff's First Set of Interrogatories to Defendants". Defendants do not object to plaintiff's request, but defendants A.T. Wall, David McCauley and Jeff Aceto filed a motion (i) to extend the time in which to respond to plaintiff's discovery request and (ii) for a modification of the Pretrial Order to extend the deadline for fact discovery (Docket # 40).

After considering the motions and noting that defendants' motion for summary judgment is currently under advisement, IT IS HEREBY ORDERED:

1. Plaintiff's motion to compel is **DENIED**, **without prejudice**, since this Court will permit defendants' motion to extend time; and

2. Defendants' motion for an extension of time to respond to plaintiff's discovery requests and for a modification of the Pretrial Order is **GRANTED**. Defendants shall respond to the discovery requests set forth in "Plaintiff's First Set of Interrogatories to Defendants" within **ten days following this Court's ruling on their summary judgment motion**. Additionally, the Pretrial Order shall be modified so that the Fact Discovery Closure date shall be **September 30, 2008** and the Expert Discovery Disclosure date shall be **October 7, 2008**.

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
Date: 1 August 08