UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

WAYMAN TURNER
V.
A.T. WALL, DAVID McCAULEY,
JEFF ACETO, DR. EDORO, AND
JOHN DOE DEFENDANTS.

C.A. # 06-5055

AFFIDAVIT OF WAYMAN TURNER

I, WAYMAN TURNER, being duly sworn, depose and state as follows:

1.) I AM PRO SE PLAINTIFF IN THIS COMPLAINT.

2) PLAINTIFF FOLLOWED THE PROPER GRIEVANCE PROCEDURERES.

3) PLAINTIFF FILED NUMEROUS REQUEST FORMS "PINK SLIPS" ASKING FOR THE, PROPER GRIEVANCE FORMS.

4) PLAINTIFF WAS ROUTINELY IGNORED IN HIS ATTEMPTS TO OBTAINS GRIEVANCE, FORMS.

5) PLAINTIFF WROTE DEFENDANTS A.T. WALL AND WARDEN DAVID McCAULEY, AND EXPLAINED TO THEM THE CIRCUMSTANCES SURROUNDING. HIS, COMPLAINS.

6) IN RESPONSE PLAINTIFF WAS CONTACTED BY R.I D.O.C CHIEF LEGAL. COUNSEL; MRS. COYNE-FAGUE. ON BEHALF OF DIRECTOR WALL AND THE. LETTER I SENT HIM.

7) PLAINTIFF AND MRS. COYNE-FAGUE BEGUN SETTLEMENT NEGOTIATIONS.

8) PLAINTIFF SENT COPIES OF REQUEST FORMS. SIGNED BY R.I PRISON STAFF WHERE HE ASKED FOR GRIEVANCES FORMS. AND PLAINTIFF ALSO SENT COPIES OF LETTERS HE WROTE TO DIRECTOR WALL AND, WARDEN McCAULEY. TO THE COURT.

Wayman Turner
WAYMAN TURNER

City County of Wise
Commonwealth of Virginia Department of Corrections
Subscribed and sworn before me this 18th day
of August 20 08, by
David L Rose
Notary Public
My Commission Expires 12-31-08

D. L. ROSE NOTARY PUBLIC REG. #344109 MY COMMISSION EXPIRES 12-31-08 COMMONWEALTH OF VIRGINIA