RECEIVED
AUG 22 2008
U.S. DISTRICT COURT
DISTRICT OF R.I.

Judge, Hagopian

8-17-08

Sir, I recieved your letter, saying I need to provide the court with evidence that I attempted to exhaust all administrative remedies. Sir in all due respect to the court and you sir, I provided the court with that information, when I filed my first complaint on 11-22-06, I sent along with my complaint then, copies of request forms "Pink slips" signed by prison staff asking for grievance forms, no one responsed to any of those requests, so I wrote Director, Wall and Warden McCauley, and in that letter, which I also, sent copies with my complaint initially, I told both defendants that I was ignored as far as my attempts to grieve, and in reponse to the letter I wrote Director Wall, explaining to him, about not recieving responses to my requests and the circumstances about the assault and my intentions to file a complaint. Director Wall attorney, answered the letter I wrote to him and me and Mrs. Coyne-Fague engage in trying to settle, we went back and forth for months, before I realized we wouldn't reach a fair agreement. So sir all the evidence I have, I sent to the court. The first thing I learned before I begun this whole process 2 years ago, was that I had to exhaust all administrative remedies, and I was careful to do so, why the information isn't in my files, I don't understand, and it is very ↓

(2)

FRUSTRATING, to come all this way, to put the time and work into fighting for my rights, to have to live with both premanent physcil and psychologicall injuries and not be able to do anything about it. Even when my Defendants don't dispute the assault or the inadequate medical treatment, even when they my Defendants attempted to settle with me, they never brung this issue up, because they no they ignored my request. I was in high security at the begining of this case, locked down 23 hours a day, with limited excess to the law library, when they decided to open it. Everything has been stacked against me from the start, but I followed all court rules at all times, it was my understanding that in a situation like this that I would be given the benifit of the doubt!!, considering especially the actions of my Defendants up to this point. Maybe if, no if my Defendants wouldve produce the discover I asked for months ago, this wouldn't be an issue right now. It seems everything has been in there favor, even when all the evidence points in favor of my complaint. Sir excuse me if I seem to be getting personal, but I feel its best, so you will fully understand, I did everything I was suppose to, including exhausting all administrative

REMEDIES, WHY THE COURT CANT FIND THE DOCUMENTS IN MY FILES IS VERY DISHEARTING TO ME, BECAUSE I WAS CAREFULLY AND SURE I SENT COPIES OF REQUEST FORMS "PINK SLIPS" IT WOULD BE ON GOLDEN PAPER AND I SENT COPIES OF THE LETTERS I SEND MR WALL AND MR MCCAULEY. I NEED TO EXPLAIN TO OTHER FACTORS TO YOU, YES I ASKED TO BE TRANSFERRED BUT WAS ROUTINELY DENIED BY ASSISTANT DIRECTOR GADSEN, IT WAS UNTIL I WROTE MR. WALL ON A DIFFERENT OCCASSION, BEFORE I FILED A COMPLAINT AND EXPLAIN TO HIM ABOUT THE ASSAULT DID HE AGREE TO MOVE ME, ONCE I FILED MY COMPLAINT, I WAS MOVED IN 7 MONTHS, A OUT OF STATE TRANSFER TAKES UP TO ONE YEAR TO 18 MONTHS SIR, ON THE DAY I WAS MOVED I WAS GIVEN 5 MINUTES TO PACK. SIR IM DOING ALOT OF TIME, I TOLD THE PROPERTY OFFICER TO SEND ALL MY STUFF TO ME, I DIDNT RECIEVE MY STUFF THE THINGS THEY SENT ME ANY-WAY UNTIL 6-30-08 MORE THEN A YEAR LATER. AND YOU WILL NOTICE, THE R.I D.O.C DIDNT SEND ANY OF MY PAPERWORK, including PERSONAL LEGAL BOOKS AND ALL MY LEGAL PAPERWORK, PRETAINING TO THIS CASE AND MY STATE CASE. SO, SIR THEY HAVE FROM THE BEGINING DONE ANYTHING TO DISRUPT MY CASE, REMEMBER THEY HELD ON TO LEGAL MAIL SENT TO ME BY YOUR OWN COURT CLERK, FOR 2½ MONTHS. IF I WAS GIVEN THE DOCUMENTS AND THE ANSWERS TO THE,

↓

(4)

INTERROGATORIES, IT WILL SHOW I ATTEMPTED TO EXHAUST ALL MY ADMINISTRATIVE REMEDIES. I NO WITHOUT A DOUBT I SENT THE COURT COPIES OF THE REQUEST FORMS "PINK SLIPS" ASKING FOR GRIEVANCE FORMS, AND I SENT THE COURT COPIES OF LETTERS I WROTE TO MR WALL AND MR MCCAULEY EXPLAINING TO THEM ABOUT NOT HAVING MY REQUEST ANSWERED AND TRYING TO REACH SOME KIND OF AGREEMENT, BEFORE I FILED A COMPLAINT, THERE RESPONSE SIR, WAS A LETTER FROM THERE LAWYER, THE PRISONS LAWYER SEEKING TO SETTLE WITH ME, SIR WITH ALL DUE RESPECT TO YOU, I SUFFERED MORE THEN A BLACK EYE, MY RIGHTS CONTINUE TO BE VIOLATED BY MY DEFENDANTS, I ONLY SEEK JUSTICE AND COMPENSATION FOR THE PREMANENT INJURIES I HAVE TO LIVE WITH, DUE TO MY DEFENDANTS BEHAVIOR. OBVIOUSLY SOMEONE OVER LOOKED SEEING THE COPIES OF THE REQUEST FORMS AND LETTERS TO MY DEFENDANTS IN MY FILES. IF THE R.I D.O.C WOULDNT SENT MY PAPERWORK I WOULD HAVE PROOF, BUT THEY DIDNT, HOW CONVIENT FOR THEM? SO THE ONLY PROOF I HAVE IS IN THOSE FILES, I KNEW TO EXHAUST ALL MY REMEDIES, THIS CASE IS TO IMPORTANT TO ME TO MAKE A BIG MISTAKE LIKE THAT!!

Respectfully Submitted

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT, EXECUTED AT WALLENS RIDGE STATE PRISON

P.O. BOX 759

BIG STONE GAP. VA 24219

Wayman Turner