From Mail ACI

# DIVISION OF ADULT INSTITUTIONAL SERVICES
## WALLENS RIDGE STATE PRISON
### SPECIAL STATUS INVENTORY FORM

Date 6-30-08

Inmate's Name: W. Turner Number: 367607 Bldg./Cell: A637

STATUS: ☐ Isolation ☐ Detention ☐ Count ☐ Transferred ☐ Unclaimed Property
☐ Segregation ☐ Hospital ☐ Escape ☐ Death

| No. | ITEM | Inmate Poss. | Storage | No. | ITEM | Inmate Poss. | Storage |
|---|---|---|---|---|---|---|---|
| 1 | T.V. Magnavox #DN1A0426000857 | | | | | | |
| | Seal # 00412 | | | | | | |
| 1 | HandKerchief | | | | | | |
| 1 | Photo Album | | | | Showing the | | |
| 1 | Coax cable | | | | | | |
| | | | | | R I DOC | | |
| | | | | | Never sent | | |
| | NotAllowed | | | | My paperwork | | |
| | | | | | | | |
| | T.V. Part & Assorted plugs | | | | | | |
| 1 | Nike Shower Shoes | | | | | | |
| 1 | toothbrush holder | | | | | | |
| 2 | toothbrushes | | | | | | |
| 1 | Gloves | | | | | | |

I hereby certify that this inventory is correct:

Inmate's Signature: NOT Present Number: Date: 6-30-08

Signature: S. Cole (Witness) Signature: Sgt. Cole (Witness)

I certify that I have received my personal property in good condition upon my release/return from ..................

on ........................, 20........

Inmate's Signature: W. Turner Number: 367607 Date: 7-1-08

Signature: ........ (Witness) Signature: ........ (Witness)

WHITE — PERSONAL PROPERTY YELLOW — SHIFT COMMANDER PINK — BUILDING MANAGER GREEN — INMATE GOLD — INSIDE STORAGE BOX