Exhibit # 12

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Department of Corrections
OFFICE OF LEGAL COUNSEL
40 Howard Avenue
Cranston, R.I. 02920
Tel: (401) 462-2622
Fax: (401) 462-2583
TDD: (401) 462-5180

December 20, 2006

Inmate Wayman Turner
P.O. Box 8200
Cranston, RI 02920

Dear Mr. Turner:

I have received your December 18, 2006 letter. After reviewing your latest offer, totaling $160.000 and other conditions, it is clear that we will be unable to reach an accord in this matter.

Sincerely,

Patricia A. Coyne-Fague
Chief Legal Counsel

JUST ONE OF A NUMBER OF LETTERS I RECIEVED FROM MRS COYNE-FAGUE, SHOWING OUR ATTEMPTS TO SETTLE, AFTER I WROTE MR WALL, AFTER I WAS IGNORED IN MY ATTEMPTS TO SETTLE THE MATTER, IF SOMEONE IS IGNORING ME WHAT WAS I SUPPOSE TO DO?